Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____   Chapter **11**

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **GEC Transport Solutions LLC** | |
| **2. All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 7 – 4 5 4 2 3 1 8 | |
| **4. Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | 5201 N. Veterans Blvd  Number   Street | PO Box 2525  Number   Street |
| | Pharr, TX 78577  City   State   ZIP Code | Mcallen, TX 78502  City   State   ZIP Code |
| | Hidalgo  County | **Location of principal assets, if different from principal place of business**  Number   Street  City   State   ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: | |

Debtor  **GEC Transport Solutions LLC**  Case number *(if known)*
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                 MM / DD / YYYY
         District _____  When _____  Case number _____
                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
         District _____  When _____
                                 MM / DD / YYYY
         Case number, if known _____

Official Form 201             **Voluntary Petition for Non-Individuals Filing for Bankruptcy**             page 2

Debtor  **GEC Transport Solutions LLC**  Case number *(if known)*
　　　　Name

| 11. Why is the case filed in *this district*? | *Check all that apply:* <br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|
| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No <br> ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br> **Why does the property need immediate attention?** *(Check all that apply.)* <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br> 　　What is the hazard?  _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?**  _____ <br> 　　Number　Street <br> _____ <br> 　　City　　　　　　　　State　ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.   Insurance agency  _____ <br> 　　　　　Contact name   _____ <br> 　　　　　Phone           _____ |

### Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:* <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|
| 14. Estimated number of creditors | ☐ 1-49　☑ 50-99　☐ 1,000-5,000　☐ 5,001-10,000　☐ 25,001-50,000　☐ 50,000-100,000 <br> ☐ 100-199　☐ 200-999　☐ 10,001-25,000　　　　　　　　　☐ More than 100,000 |
| 15. Estimated assets | ☐ $0-$50,000　　　　　　☑ $1,000,001-$10 million　　☐ $500,000,001-$1 billion <br> ☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　 ☐ $1,000,000,001-$10 billion <br> ☐ $100,001-$500,000　　☐ $50,000,001-$100 million　☐ $10,000,000,001-$50 billion <br> ☐ $500,001-$1 million　　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor  __GEC Transport Solutions LLC__   Case number *(if known)* _____
         Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/06/2025__
           MM/ DD/ YYYY

X __/s/ Benjamin Cavazos__          __Benjamin Cavazos__
Signature of authorized representative of debtor    Printed name

Title __Owner__

**18. Signature of attorney**

X __/s/ Susan Tran Adams__    Date __10/06/2025__
Signature of attorney for debtor            MM/ DD/ YYYY

__Susan Tran Adams__
Printed name

__TRAN SINGH, LLP__
Firm name

__2502 La Branch St.__
Number    Street

__Houston__              __TX__    __77004__
City                     State    ZIP Code

_____        __stran@ts-llp.com__
Contact phone               Email address

__24075648__                __TX__
Bar number                  State

Fill in this information to identify the case:

Debtor name _____**GEC Transport Solutions LLC**_____

United States Bankruptcy Court for the:
_____**Southern District of Texas**_____

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                            12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Alan McDaniel<br>1065 Kessler Pkwy<br>Dallas, TX 75208-2429 | | Loan | | | | $559,180.91 |
| 2 | Alan McDaniel<br>1065 Kessler Pkwy<br>Dallas, TX 75208-2429 | | Loan | | | | $493,112.25 |
| 3 | Crossroads Equipment Lease & Finance, LLC.<br>9385 Haven Avenue<br>Rancho Cucamonga, CA 91730 | | | | $515,355.70 | $120,000.00 | $395,355.70 |
| 4 | Regions Bank dba Ascentium Capital<br>811 Main Suite 2900<br>Houston, TX 77002 | | | | $423,556.05 | $200,000.00 | $223,556.05 |
| 5 | Cobalt Funding Solutions<br>99 Wall Street Suite 3618<br>New York, NY 10005 | | | | | | $193,947.95 |
| 6 | CA Estates, LLC | | | | | | $189,206.84 |
| 7 | Encore Bank<br>12224 Chenal Parkway<br>Little Rock, AR 72211 | | | | $339,302.22 | $186,000.00 | $153,302.22 |
| 8 | Midland Estates Bank<br>5403 Olympic Dr NW Suite 200<br>Gig Harbor, WA 98335 | | | | $223,089.23 | $120,000.00 | $103,089.23 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor    **GEC Transport Solutions LLC**    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Encore Bank<br>12224 Chenal Parkway<br>Little Rock, AR 72211 | | | | $222,981.55 | $124,000.00 | $98,981.55 |
| 10 Meged Funding Group<br>108 W 39th Street Suite 1006 #2171<br>New York, NY 10018 | | | | | | $98,211.25 |
| 11 Regions Bank dba Ascentium Capital<br>c/o Jones Walker LLP<br>811 Main Suite 2900<br>Houston, TX 77002 | | | | $148,355.88 | $62,000.00 | $86,355.88 |
| 12 Sumitomo Mitsui Finance & Leasing Co.<br>666 Third Avenue 8th Floor<br>New York, NY 10017 | | | | $205,171.70 | $124,000.00 | $81,171.70 |
| 13 Department of Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0039 | | Payroll Taxes 2024 - Q3 | | | | $80,110.23 |
| 14 Forward Financing, LLC<br>53 State Street<br>Boston, MA 02109 | | | | | | $76,326.68 |
| 15 Regions Bank dba Ascentium Capital<br>c/o Jones Walker LLP<br>811 Main Suite 2900<br>Houston, TX 77002 | | | | $136,123.75 | $62,000.00 | $74,123.75 |
| 16 Department of Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0039 | | Payroll Taxes 2025 - Q2 | | | | $56,320.52 |
| 17 Encore Bank<br>12224 Chenal Parkway<br>Little Rock, AR 72211 | | | | $148,618.95 | $100,000.00 | $48,618.95 |
| 18 Encore Bank<br>12224 Chenal Parkway<br>Little Rock, AR 72211 | | | | $147,305.74 | $100,000.00 | $47,305.74 |
| 19 Sumitomo Mitsui Finance & Leasing Co.<br>666 Third Avenue 8th Floor<br>New York, NY 10017 | | | | $104,209.56 | $62,000.00 | $42,209.56 |
| 20 Midland Estates Bank<br>5403 Olympic Dr NW Suite 200<br>Gig Harbor, WA 98335 | | | | $104,088.01 | $62,000.00 | $42,088.01 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Alan McDaniel
1065 Kessler Pkwy
Dallas, TX 75208-2429

Ally Financial
PO Box 380902
Minneapolis, MN 55438-0902

Ally Financial
PO Box 380902
Minneapolis, MN 55438-0902

Alpine Advance 5 LLC
151 New Park Ave.
Hartford, CT 06106

American Express
PO Box 6031
Carol Stream, IL 60197-6031

Benjamin Cavazos
4712 Toronto Ave
Mcallen, TX 78503

BMO Harris Bank N.A.
c/o Carrie M Powers
PO Box 3040
Cedar Rapids, IA 52406

CA Estates, LLC

Benjamin Cavazos
4712 Toronto Ave
Mcallen, TX 78503

Cobalt Funding Solutions
99 Wall Street Suite 3618
New York, NY 10005

Commercial Credit Group, Inc.
2135 City Gate Lane Suite 440
Naperville, IL 60563

Crossroads Equipment Lease & Finance, LLC.
9385 Haven Avenue
Rancho Cucamonga, CA 91730

Delaware Department of Transportation
Delaware E-Z Pass Payment Center
PO Box 697
Dover, DE 19903-0697

Department of Treasury
Internal Revenue Service
Ogden, UT 84201-0039

Encore Bank
12224 Chenal Parkway
Little Rock, AR 72211

Escobedo & Cardenas, LLP
1602 Dulcinea
Edinburg, TX 78539

Express Toll Denver
E-470 Public Highway Authority
PO Box 5470
Denver, CO 80217-5470

E-Z Pass MA State
PO Box 847840
Boston, MA 02284-7840

Financial Pacific Leasing Inc. a subsidiary of Umpqua Bank
3455 So. 344th Way Suite 300
Federal Way, WA 98001

First Citizens Bank
10201 Centurion Parkway N. #100
Jacksonville, FL 32256

Fort Bend County Toll Road Authority
PO Box 622002
Dallas, TX 75262-2002

Forward Financing, LLC
53 State Street
Boston, MA 02109

Griffith Law Group, LLP
4228 N. McColl Road
Mcallen, TX 78504

Harris County
PO Box 4440
Houston, TX 77210-4440

Harris County
PO Box 4440
Houston, TX 77210-4440

Illinois Tolls
PO Box 1412
Downers Grove, IL 60515

JD Factors, LLC
500 Silver Spur Rd Suite 306
Rancho Palos Verdes, CA 90275

Joseph D Frizzell
100 Throckmorton Suite 700
Fort Worth, TX 76102

Kansas Turnpike Authority
PO Box 803311
Kansas City, MO 64180-3311

Lexington Insurance Company
5429 LBJ Freeway Suite 300
Dallas, TX 75240

Linebarger Goggan Blair & Sampson LLP
Houston, TX
4828 Loop Central Dr Ste 600
Houston, TX 77081-1246

Maryland Transportation Authority
PO Box 12853
Philadelphia, PA 19176-0853

Meged Funding Group
108 W 39th Street Suite 1006 #2171
New York, NY 10018

Midland Estates Bank
5403 Olympic Dr NW Suite 200
Gig Harbor, WA 98335

Mirtha Cavazos
4712 Toronto Ave
Mcallen, TX 78503

NJCEZPASS DELAWARE RIVER
PO Box 4971
Trenton, NJ 08650

NTTA North Texas
North Texas Tollway Authority
PO Box 660244
Dallas, TX 75266-0244

NY State Bridge & Tunnels
PO Box 15187
Albany, NY 12212-5187

Ohio Turnpike and Infrastructure Commission
PO Box 94672
Cleveland, OH 44101-4672

Oklahoma Turnpike
OTA-Platepay
PO Box 248935
Oklahoma City, OK 73124-8935

PennCredit Collection
c/o North Texas Tollway Authority
fd

Pennsylvania Turnpike Authority
111 West Jackson Blvd Suite 650
Chicago, IL 60604-3589

Professional Account Management LLC
PO Box 500
Horseheads, NY 14845-0500

Regions Bank dba Ascentium Capital
c/o Jones Walker LLP
811 Main Suite 2900
Houston, TX 77002

Regions Bank dba Ascentium Capital
c/o Jones Walker LLP
811 Main Suite 2900
Houston, TX 77002

Regions Bank dba Ascentium Capital
811 Main Suite 2900
Houston, TX 77002

River Link Ohio
PO Box 646000
Cincinnati, OH 45264-6000

RMA Cameron County Texas
PO Box 4440
Houston, TX 77210-4440

Samsara Capital Finance
2330 I-30
Mesquite, TX 75150

Simmons Bank
c/o Mark Chapman
17901 Chenal Parkway 4th Floor
Little Rock, AR 72223

Southern Connector South Carolina
Connector 2000 Association
PO Box 408
Piedmont, SC 29673

Sumitomo Mitsui Finance & Leasing Co.
666 Third Avenue 8th Floor
New York, NY 10017

TBK, SSB, a Texas State Savings Bank
12700 Park Central Drive Suite 1700
Dallas, TX 75251

The Huntington National Bank
41 South High Street
Columbus, OH 43215

U.S. Small Business Administration
1545 Hawkins Blvd
El Paso, TX 79925

Wabash National Financial Services
655 Business Center Drive Suite 250
Horsham, PA 19044

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **GEC Transport Solutions LLC**                    CASE NO

                                                          CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **10/06/2025**       Signature          **/s/ Benjamin Cavazos**
                                               Benjamin Cavazos, Owner