**Fill in this information to identify the case:**

Debtor Name **GEC Transport Solutions LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**

(State)

Case number (If known): **25-70297**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | **Vantage Bank Texas (ACH Payment Account)** | **Checking account** | **3 6 5 8** | **($13,482.16)** |
| 3.2. | **Vantage Bank Texas (Payroll Account)** | **Checking account** | **3 6 6 7** | **($1,567.63)** |
| 3.3. | **Vantage Bank Texas (Payment by Check Account)** | **Checking account** | **8 1 3 9** | **($3,490.71)** |
| 3.4. | **Vantage Bank Texas (Reserve Wires Account)** | **Checking account** | **2 8 0 1** | **$1,165.03** |
| 3.5. | **PNC Bank (Operations Acct)** | **Checking account** | **7 1 4 1** | **$100.00** |
| 3.6. | **PNC Bank (Payroll Acct)** | **Checking account** | **7 1 6 8** | **$100.00** |
| 3.7. | **Vantage Bank Texas (Operating Acct)** | **Checking account** | **6 4 9** | **($10,144.69)** |

4. **Other cash equivalents** *(Identify all)*

   4.1

   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   **($27,320.16)**

| Debtor | **GEC Transport Solutions LLC** | Case number *(if known)* | **25-70297** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Deposits and prepayments |
|---|---|

**6.  Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 _____   _____

7.2 _____   _____

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____   _____

8.2 _____   _____

**9.  Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.   _____

| **Part 3:** | Accounts receivable |
|---|---|

**10.  Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**11.  Accounts receivable**

| 11a. 90 days old or less: | **$1,525,396.68** | - | **unknown** | =.....➔ | **$1,525,396.68** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | | - | | =.....➔ | _____ |
| | face amount | | doubtful or uncollectible accounts | | |

**12.  Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   **$1,525,396.68**

| **Part 4:** | Investments |
|---|---|

**13.  Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____   _____   _____

Debtor      **GEC Transport Solutions LLC**                                           Case number *(if known)* **25-70297**
　　　　　　　　Name

14.2 _____      _____      _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                      % of ownership:

15.1. _____      _____      _____      _____

15.2. _____      _____      _____      _____

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____      _____      _____

16.2 _____      _____      _____

17.  **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                         _____

| Part 5: | Inventory, excluding agriculture assets |
|---------|----------------------------------------|

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | MM / DD / YYYY | | | |
| **20.  Work in progress** | MM / DD / YYYY | | | |
| **21.  Finished goods, including goods held for resale** | MM / DD / YYYY | | | |
| **22.  Other inventory or supplies** | MM / DD / YYYY | | | |

23.  **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                         _____

24.  **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

Debtor   **GEC Transport Solutions LLC**
Name

Case number *(if known)* **25-70297**

---

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|-----|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

---

Debtor    **GEC Transport Solutions LLC**                    Case number *(if known)* **25-70297**
_____                    _____
Name

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Assorted Desk/Chairs/Cubicles | unknown | FMV | $5,000.00 |
| **40. Office fixtures** | | | |
| | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 12 Desktop Computers | unknown | FMV | $6,000.00 |
| 6 printers | unknown | | $2,000.00 |
| 4 Scanners | unknown | FMV | $1,000.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**                                                                          $14,000.00

    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ☑ Yes. Fill in the information below.

Debtor   **GEC Transport Solutions LLC**                                    Case number *(if known)* <u>25-70297</u>

       Name

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2019 Peterbilt 579** / VIN: XXXXXXXXXXXX2258 | unknown | FMV | $26,000.00 |
| 47.2 **2019 Peterbilt 579** / VIN: XXXXXXXXXXXX2259 | unknown | FMV | $26,000.00 |
| 47.3 **2019 Peterbilt 579** / VIN: XXXXXXXXXXXX2325 | unknown | FMV | $24,000.00 |
| 47.4 **2020 Peterbilt 579** / VIN: XXXXXXXXXXXX4833 | unknown | FMV | $30,000.00 |
| 47.5 **2020 Peterbilt 579** / VIN: XXXXXXXXXXXX4834 | unknown | FMV | $30,000.00 |
| 47.6 **2020 Peterbilt 579** / VIN: XXXXXXXXXXXX4835 | unknown | FMV | $30,000.00 |
| 47.7 **2019 Peterbilt 579** / VIN: XXXXXXXXXXXX0110 | unknown | FMV | $26,000.00 |
| 47.8 **2020 Peterbilt 579** / VIN: XXXXXXXXXXXX4836 | unknown | FMV | $30,000.00 |
| 47.9 **2020 Peterbilt 579** / VIN: XXXXXXXXXXXX4837 | unknown | FMV | $30,000.00 |
| 47.10 **2020 Peterbilt 579** / VIN: XXXXXXXXXXXX3064 | unknown | FMV | $30,000.00 |
| 47.11 **2020 Peterbilt 579** / VIN: XXXXXXXXXXXX3066 | unknown | FMV | $30,000.00 |
| 47.12 **2020 Peterbilt 579** / VIN: XXXXXXXXXXXX3067 | unknown | FMV | $30,000.00 |
| 47.13 **2020 Peterbilt 579** / VIN: XXXXXXXXXXXX3068 | unknown | FMV | $30,000.00 |
| 47.14 **2021 Peterbilt 579** / VIN: XXXXXXXXXXXX1394 | unknown | FMV | $43,000.00 |
| 47.15 **2021 Kenworth T680** / VIN: XXXXXXXXXXXX6828 | unknown | FMV | $40,000.00 |
| 47.16 **2021 Kenworth T680** / VIN: XXXXXXXXXXXX6829 | unknown | FMV | $40,000.00 |
| 47.17 **2021 Kenworth T680** / VIN: XXXXXXXXXXXX6830 | unknown | FMV | $40,000.00 |
| 47.18 **2021 Kenworth T680** / VIN: XXXXXXXXXXXX6831 | unknown | FMV | $40,000.00 |
| 47.19 **2021 Kenworth T680** / VIN: XXXXXXXXXXXX6832 | unknown | FMV | $40,000.00 |
| 47.20 **2021 Peterbilt 579** / VIN: XXXXXXXXXXXX1393 | unknown | FMV | $43,000.00 |
| 47.21 **2021 Peterbilt 579** / VIN: XXXXXXXXXXXX1395 | unknown | FMV | $43,000.00 |
| 47.22 **2022 Kenworth T680** / VIN: XXXXXXXXXXXX0574 | unknown | FMV | $50,000.00 |
| 47.23 **2022 Kenworth T680** / VIN: XXXXXXXXXXXX0575 | unknown | FMV | $50,000.00 |
| 47.24 **2022 Kenworth T680** / VIN: XXXXXXXXXXXX0577 | unknown | FMV | $50,000.00 |
| 47.25 **2022 Kenworth T680** / VIN: XXXXXXXXXXXX0578 | unknown | FMV | $50,000.00 |
| 47.26 **2022 Kenworth T680** / VIN: XXXXXXXXXXXX0579 | unknown | FMV | $50,000.00 |
| 47.27 **2022 Kenworth T680** / VIN: XXXXXXXXXXXX0580 | unknown | FMV | $50,000.00 |

| 47.28 | **2023 Peterbilt 579** / VIN: XXXXXXXXXXXXX7362 | unknown | FMV | $62,000.00 |

Debtor   **GEC Transport Solutions LLC**                                 Case number *(if known)* **25-70297**

Name

| | | | |
|---|---|---|---|
| 47.29 **2023 Peterbilt 579 / VIN: XXXXXXXXXXXX7363** | unknown | FMV | $62,000.00 |
| 47.30 **2023 Peterbilt 579 / VIN: XXXXXXXXXXXX7364** | unknown | FMV | $62,000.00 |
| 47.31 **2023 Peterbilt 579 / VIN: XXXXXXXXXXXX7365** | unknown | FMV | $62,000.00 |
| 47.32 **2023 Peterbilt 579 / VIN: XXXXXXXXXXXX7366** | unknown | FMV | $62,000.00 |
| 47.33 **2024 Peterbilt 579 / VIN: XXXXXXXXXXXX6754** | unknown | FMV | $100,000.00 |
| 47.34 **2024 Peterbilt 579 / VIN: XXXXXXXXXXXX6755** | unknown | FMV | $100,000.00 |
| 47.35 **2022 Kenworth T680 / VIN: XXXXXXXXXXXX0581** | unknown | FMV | $50,000.00 |
| 47.36 **2023 Kenworth T680 / VIN: XXXXXXXXXXXX7815** | unknown | FMV | $62,000.00 |
| 47.37 **2023 Peterbilt 579 / VIN: XXXXXXXXXXXX7359** | unknown | FMV | $62,000.00 |
| 47.38 **2024 Peterbilt 579 / VIN: XXXXXXXXXXXX6756** | unknown | FMV | $100,000.00 |
| 47.39 **2024 Peterbilt 579 / VIN: XXXXXXXXXXXX6757** | unknown | FMV | $100,000.00 |
| 47.40 **2023 Kenworth T680 / VIN: XXXXXXXXXXXX7817** | unknown | FMV | $62,000.00 |
| 47.41 **2023 Peterbilt 579 / VIN: XXXXXXXXXXXX7360** | unknown | FMV | $62,000.00 |
| 47.42 **2023 Peterbilt 579 / VIN: XXXXXXXXXXXX7361** | unknown | FMV | $62,000.00 |
| 47.43 **2023 Peterbilt 579 / VIN: XXXXXXXXXXXX7357** | unknown | FMV | $62,000.00 |
| 47.44 **2023 Peterbilt 579 / VIN: XXXXXXXXXXXX7358** | unknown | FMV | $62,000.00 |
| 47.45 **2023 Kenworth T680 / VIN: XXXXXXXXXXXX7816** | unknown | FMV | $62,000.00 |
| 47.46 **2023 Kenworth T680 / VIN: XXXXXXXXXXXX2132** | unknown | FMV | $60,000.00 |
| 47.47 **2023 Kenworth T680 / VIN: XXXXXXXXXXXX2133** | unknown | FMV | $60,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 **2005 Great Dane Dry Van / VIN: XXXXXXXXXXXX3738** | unknown | FMV | $4,500.00 |
| 48.2 **2006 Hyundai Dry Van / VIN: XXXXXXXXXXXXX0114** | unknown | FMV | $5,000.00 |
| 48.3 **2020 Wabash Dry Van / VIN: XXXXXXXXXXXX3781** | unknown | FMV | $18,000.00 |
| 48.4 **2020 Utility 4000DX / VIN: XXXXXXXXXXXX1425** | unknown | FMV | $18,000.00 |
| 48.5 **2020 Wabash Dry Van / VIN: XXXXXXXXXXXX2145** | unknown | FMV | $18,000.00 |
| 48.6 **2020 Wabash Dry Van / VIN: XXXXXXXXXXXX2159** | unknown | FMV | $18,000.00 |
| 48.7 **2006 Hyundai Dry Van / VIN: XXXXXXXXXXXXX0120** | unknown | FMV | $5,000.00 |
| 48.8 **2006 Lufkin Dry Van / VIN: XXXXXXXXXXXX1041** | unknown | FMV | $5,000.00 |
| 48.9 **2020 Wabash Dry Van / VIN: XXXXXXXXXXXX2166** | unknown | FMV | $18,000.00 |
| 48.10 **2006 Great Dane Dry Van / VIN: XXXXXXXXXXXX0281** | unknown | FMV | $5,000.00 |

Debtor **GEC Transport Solutions LLC**
_____
Name

Case number _(if known)_ **25-70297** _____

| | | | |
|---|---|---|---|
| 48.12 **2020 Wabash Dry Van / VIN: XXXXXXXXXXXX2167** | unknown | FMV | $18,000.00 |
| 48.13 **2006 Hyundai Dry Van / VIN: XXXXXXXXXXXX3062** | unknown | FMV | $5,000.00 |
| 48.14 **2007 Vanguard Dry Van / VIN: XXXXXXXXXXXX6168** | unknown | FMV | $6,000.00 |
| 48.15 **2006 Hyundai Dry Van / VIN: XXXXXXXXXXXX3080** | unknown | FMV | $5,000.00 |
| 48.16 **2006 Lufkin Dry Van / VIN: XXXXXXXXXXXX1000** | unknown | FMV | $5,000.00 |
| 48.17 **2008 Utility Dry Van / VIN: XXXXXXXXXXXX5945** | unknown | FMV | $6,500.00 |
| 48.18 **2006 Lufkin Dry Van / VIN: XXXXXXXXXXXX0937** | unknown | FMV | $5,000.00 |
| 48.19 **2012 Utility Dry Van / VIN: XXXXXXXXXXXX5619** | unknown | FMV | $8,000.00 |
| 48.20 **2006 Lufkin Dry Van / VIN: XXXXXXXXXXXX0974** | unknown | FMV | $5,000.00 |
| 48.21 **2005 Great Dane Dry Van / VIN: XXXXXXXXXXXX9341** | unknown | FMV | $4,500.00 |
| 48.22 **2015 Wabash Dry Van / VIN: XXXXXXXXXXXX8492** | unknown | FMV | $13,000.00 |
| 48.23 **2006 Lufkin Dry Van / VIN: XXXXXXXXXXXX0967** | unknown | FMV | $5,000.00 |
| 48.24 **2015 Wabash Dry Van / VIN: XXXXXXXXXXXX8505** | unknown | FMV | $13,000.00 |
| 48.25 **2006 Lufkin Dry Van / VIN: XXXXXXXXXXXX0944** | unknown | FMV | $5,000.00 |
| 48.26 **2018 Wabash Dry Van / VIN: XXXXXXXXXXXX9739** | unknown | FMV | $15,000.00 |
| 48.27 **2006 Lufkin Dry Van / VIN: XXXXXXXXXXXX1053** | unknown | FMV | $5,000.00 |
| 48.28 **2006 Lufkin Dry Van / VIN: XXXXXXXXXXXX0943** | unknown | FMV | $5,000.00 |
| 48.29 **2006 Utility Dry Van / VIN: XXXXXXXXXXXX2810** | unknown | FMV | $5,000.00 |
| 48.30 **2007 Great Dane Dry Van / VIN: XXXXXXXXXXXX0746** | unknown | FMV | $6,000.00 |
| 48.31 **2007 Great Dane Dry Van / VIN: XXXXXXXXXXXX8953** | unknown | FMV | $6,000.00 |
| 48.32 **2007 Great Dane Dry Van / VIN: XXXXXXXXXXXX1019** | unknown | | $6,000.00 |
| 48.33 **2007 VTNC Dry Van / VIN: XXXXXXXXXXXX6726** | unknown | FMV | $6,000.00 |
| 48.34 **2008 Utility Dry Van / VIN: XXXXXXXXXXXX5937** | unknown | FMV | $6,500.00 |
| 48.35 **2008 Utility Dry Van / VIN: XXXXXXXXXXXX5911** | unknown | FMV | $6,500.00 |
| 48.36 **2008 Utility Dry Van / VIN: XXXXXXXXXXXX5907** | unknown | FMV | $6,500.00 |
| 48.37 **2008 Utility Dry Van / VIN: XXXXXXXXXXXX5912** | unknown | FMV | $6,500.00 |
| 48.38 **2008 Utility Dry Van / VIN: XXXXXXXXXXXX5949** | unknown | FMV | $6,500.00 |
| 48.39 **2008 Utility Dry Van / VIN: XXXXXXXXXXXX5939** | unknown | FMV | $6,500.00 |
| 48.40 **2008 Utility Dry Van / VIN: XXXXXXXXXXXX5944** | unknown | FMV | $6,500.00 |
| 48.41 **2008 Utility Dry Van / VIN: XXXXXXXXXXXX5925** | unknown | FMV | $6,500.00 |
| 48.42 **2011 Utility Dry Van / VIN: XXXXXXXXXXXX5719** | unknown | FMV | $7,500.00 |

48.43 **2011 Utility Dry Van /** VIN: XXXXXXXXXXXX5708          unknown     FMV          **$7,500.00**

Debtor    **GEC Transport Solutions LLC**                                    Case number *(if known)* **25-70297**
Name

| | | | |
|---|---|---|---|
| 48.44 **2011 Utility Dry Van** / VIN: XXXXXXXXXXXX5717 | unknown | FMV | $7,500.00 |
| 48.45 **2011 Utility Dry Van** / VIN: XXXXXXXXXXXX5714 | unknown | FMV | $7,500.00 |
| 48.46 **2011 Utility Dry Van** / VIN: XXXXXXXXXXXX5702 | unknown | FMV | $7,500.00 |
| 48.47 **2014 Great Dane Dry Van** / VIN: XXXXXXXXXXXX1795 | unknown | FMV | $12,000.00 |
| 48.48 **2014 Wabash Dry Van** / VIN: XXXXXXXXXXXX8198 | unknown | FMV | $12,000.00 |
| 48.49 **2015 Hyundai Dry Van** / VIN: XXXXXXXXXXXX2012 | unknown | FMV | $13,000.00 |
| 48.50 **2015 Wabash Dry Van** / VIN: XXXXXXXXXXXX8494 | unknown | FMV | $13,000.00 |
| 48.51 **2015 Wabash Dry Van** / VIN: XXXXXXXXXXXX8495 | unknown | FMV | $13,000.00 |
| 48.52 **2015 Wabash Dry Van** / VIN: XXXXXXXXXXXX8498 | unknown | FMV | $13,000.00 |
| 48.53 **2015 Wabash Dry Van** / VIN: XXXXXXXXXXXX8501 | unknown | FMV | $13,000.00 |
| 48.54 **2015 Wabash Dry Van** / VIN: XXXXXXXXXXXX8508 | unknown | FMV | $13,000.00 |
| 48.55 **2015 Wabash Dry Van** / VIN: XXXXXXXXXXXX8531 | unknown | FMV | $13,000.00 |
| 48.56 **2015 Wabash Dry Van** / VIN: XXXXXXXXXXXX8496 | unknown | FMV | $13,000.00 |
| 48.57 **2020 Wabash Dry Van** / VIN: XXXXXXXXXXXX2143 | unknown | FMV | $18,000.00 |
| 48.58 **2020 Wabash Dry Van** / VIN: XXXXXXXXXXXX2160 | unknown | FMV | $18,000.00 |
| 48.59 **2020 Wabash Dry Van** / VIN: XXXXXXXXXXXX3793 | unknown | FMV | $18,000.00 |
| 48.60 **2020 Wabash Dry Van** / VIN: XXXXXXXXXXXX3790 | unknown | FMV | $18,000.00 |
| 48.61 **2020 Wabash Dry Van** / VIN: XXXXXXXXXXXX3795 | unknown | FMV | $18,000.00 |
| 48.62 **2020 Wabash Dry Van** / VIN: XXXXXXXXXXXX3791 | unknown | FMV | $18,000.00 |
| 48.63 **2020 Utility 4000DX** / VIN: XXXXXXXXXXXX1403 | unknown | FMV | $18,000.00 |
| 48.64 **2020 Utility 4000DX** / VIN: XXXXXXXXXXXX1424 | unknown | FMV | $18,000.00 |
| 48.65 **2020 Utility 4000DX** / VIN: XXXXXXXXXXXX4923 | unknown | FMV | $18,000.00 |
| 48.66 **2020 Utility 4000DX** / VIN: XXXXXXXXXXXX4924 | unknown | FMV | $18,000.00 |
| 48.67 **2020 Utility 4000DX** / VIN: XXXXXXXXXXXX4925 | unknown | FMV | $18,000.00 |
| 48.68 **2020 Utility 4000DX** / VIN: XXXXXXXXXXXX4926 | unknown | FMV | $18,000.00 |
| 48.69 **2020 Utility 4000DX** / VIN: XXXXXXXXXXXX4927 | unknown | FMV | $18,000.00 |
| 48.70 **2020 Utility 4000DX** / VIN: XXXXXXXXXXXX4928 | unknown | FMV | $18,000.00 |
| 48.71 **2020 Utility 4000DX** / VIN: XXXXXXXXXXXX4929 | unknown | FMV | $18,000.00 |
| 48.72 **2020 Wabash Dry Van** / VIN: XXXXXXXXXXXX2142 | unknown | FMV | $18,000.00 |
| 48.73 **2020 Wabash Dry Van** / VIN: XXXXXXXXXXXX2144 | unknown | FMV | $18,000.00 |
| 48.74 **2020 Wabash Dry Van** / VIN: XXXXXXXXXXXX2156 | unknown | FMV | $18,000.00 |

| 48.75 | 2020 Wabash Dry Van / VIN: XXXXXXXXXXXXXX2157 | unknown | FMV | $18,000.00 |

| Debtor | **GEC Transport Solutions LLC** | Case number *(if known)* | **25-70297** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 48.76 | **2020 Wabash Dry Van / VIN: XXXXXXXXXXX2158** | unknown | FMV | $18,000.00 |
| 48.77 | **2020 Wabash Dry Van / VIN: XXXXXXXXXXX2161** | unknown | FMV | $18,000.00 |
| 48.78 | **2020 Wabash Dry Van / VIN: XXXXXXXXXXX2162** | unknown | FMV | $18,000.00 |
| 48.79 | **2020 Wabash Dry Van / VIN: XXXXXXXXXXX2164** | unknown | FMV | $18,000.00 |
| 48.80 | **2020 Wabash Dry Van / VIN: XXXXXXXXXXX2165** | unknown | FMV | $18,000.00 |
| 48.81 | **2023 Wabash Dry Van / VIN: XXXXXXXXXXX4667** | unknown | FMV | $30,000.00 |
| 48.82 | **2023 Wabash Dry Van / VIN: XXXXXXXXXXX6546** | unknown | FMV | $30,000.00 |
| 48.83 | **2023 Wabash Dry Van / VIN: XXXXXXXXXXX6551** | unknown | FMV | $30,000.00 |
| 48.84 | **2023 Wabash Dry Van / VIN: XXXXXXXXXXX6555** | unknown | FMV | $30,000.00 |

49. **Aircraft and accessories**

49.1

49.2

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$3,425,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 9:** Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |

Debtor   **GEC Transport Solutions LLC**    Case number *(if known)* **25-70297**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.4 | | | | | |
| 55.5 | | | | | |
| 55.6 | | | | | |

**56. Total of Part 9**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

❑ No
❑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

❑ No
❑ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

❑ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| GEC Registered Trademark | unknown | | $0.00 |
| **61. Internet domain names and websites** | | | |
| | | | |
| **62. Licenses, franchises, and royalties** | | | |
| | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| **64. Other intangibles, or intellectual property** | | | |
| | | | |
| **65. Goodwill** | | | |
| | | | |

**66. Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.                                                                                 $0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
❑ Yes

Debtor    **GEC Transport Solutions LLC**                                   Case number *(if known)* **25-70297**
_____                            _____
Name

---

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.  **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➜   _____
                                 Total face amount    doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

73.  **Interests in insurance policies or annuities**

**Penn America Insurance - General Liability**                                          $0.00

**MS Transverse Specialty - Auto Liability**                                           $0.00

**QBE Insurance - Motor Truck Cargo**                                                  $0.00

**Lloyd's of London - Property Damage**                                                $0.00

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                                   _____

**Nature of claim**        _____

**Amount requested**       _____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                                   _____

**Nature of claim**        _____

**Amount requested**       _____

---

Debtor    **GEC Transport Solutions LLC**

Name

Case number *(if known)* __25-70297__

| | | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| | | _____ |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Office Supplies** | $1,000.00 |
| 78. | **Total of Part 11** | $1,000.00 |
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | ($27,320.16) | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | _____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,525,396.68 | |
| 83. **Investments.** *Copy line 17, Part 4.* | _____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | _____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | _____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,425,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ................................................. ➔ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,000.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........................91a. | $4,938,076.52 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................. | | $4,938,076.52 |

Fill in this information to identify the case:

Debtor name **GEC Transport Solutions LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**

(State)

Case number (if known): **25-70297**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

| **2.1** **Creditor's name** | **Describe debtor's property that is subject to a lien** | $96,123.24 | $62,000.00 |
| --- | --- | --- | --- |

**2.1** **Creditor's name**

**Ally Financial**

**Creditor's mailing address**

**PO Box 380902**

**Minneapolis, MN 55438-0902**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  **5  7  4  4**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

2023 Peterbilt 579

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $5,306,333.35

Debtor   **GEC Transport Solutions LLC**
_____
Name

Case number (if known) **25-70297**
_____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**Ally Financial**
_____

**Creditor's mailing address**

**PO Box 380902**
_____

**Minneapolis, MN 55438-0902**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** **5 7 9 0**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Peterbilt 579

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$98,514.19**          **$62,000.00**

Debtor  **GEC Transport Solutions LLC**

Name

Case number (if known) **25-70297**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | Do not deduct the value of collateral. | |

**2.3** Creditor's name

**Alpine Advance 5 LLC**

Creditor's mailing address

**151 New Park Ave.**

**Hartford, CT 06106**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account ___ ___ ___ ___
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **See continuation page.**

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

All equipment, All accounts receivables, All deposit accounts

Describe the lien

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$68,307.52**  |  **$4,923,076.52**

Debtor  **GEC Transport Solutions LLC**
Name

Case number (if known) **25-70297**

| **Part 1:** | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.4** Creditor's name
**BMO Harris Bank N.A.**

Describe debtor's property that is subject to a lien
2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX

**$17,429.06**

**$180,000.00**

Creditor's mailing address
**c/o Carrie M Powers**

**PO Box 3040**

**Cedar Rapids, IA 52406**

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number   **6   0   0   1**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.
      **See continuation page.**

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor   **GEC Transport Solutions LLC**
Name

Case number (if known) **25-70297**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.5** Creditor's name

**BMO Harris Bank N.A.**

Describe debtor's property that is subject to a lien

2022 Kenworth T680

$46,877.06

$50,000.00

Creditor's mailing address

**c/o Carrie M Powers**

**PO Box 3040**

**Cedar Rapids, IA 52406**

Describe the lien

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred _____

Last 4 digits of account number   **8   0   0   1**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.   Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor **GEC Transport Solutions LLC**

Name

Case number (if known) **25-70297**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.6** Creditor's name

**Commercial Credit Group, Inc.**

Creditor's mailing address

**2135 City Gate Lane Suite 440**

**Naperville, IL 60563**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account **2 4 0 2**
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

     **See continuation page.**

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

All accounts receivables, 2019 Peterbilt 579, 2020 Peterbilt 579, 2020 Peterbilt 579, 2020 Peterbilt 579, 2020 Peterbilt 579, 2020 Peterbilt 579, 2020 Peterbilt 579, 2021 Peterbilt 579, All deposit accounts, All equipment

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$134,988.18**

**$5,172,076.52**

**Remarks:** Subordinated to JD Factors, LLC per a subordination agreement

Debtor    **GEC Transport Solutions LLC**
Name

Case number (if known) **25-70297**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.7** Creditor's name

**Crossroads Equipment Lease & Finance, LLC.**

Creditor's mailing address

**9385 Haven Avenue**

**Rancho Cucamonga, CA 91730**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number   **6   7   0   6**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2023 Wabash Dry Van, 2023 Wabash Dry Van, 2023 Wabash Dry Van, 2023 Wabash Dry Van

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$515,355.70**    **$120,000.00**

Debtor **GEC Transport Solutions LLC**
Name

Case number (if known) **25-70297**

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.8** **Creditor's name**

**Encore Bank**

**Creditor's mailing address**

**12224 Chenal Parkway**

**Little Rock, AR 72211**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** **2 5 3 0**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Kenworth T680, 2022 Kenworth T680, 2022 Kenworth T680, 2022 Kenworth T680, 2022 Kenworth T680, 2022 Kenworth T680, 2005 Great Dane Dry Van, 2006 Lufkin Dry Van, 2006 Lufkin Dry Van, 2006 Lufkin Dry Van, 2006 Lufkin Dry Van, 2006 Utility Dry Van, 2007 Great Dane Dry Van, 2007 Great Dane Dry Van, 2007 Great Dane Dry Van, 2007 Vanguard Dry Van, 2007 Great Dane Dry Van, 2007 VTNC Dry Van, 2008 Utility Dry Van, 2008 Utility Dry Van, 2008 Utility Dry Van, 2008 Utility Dry Van, 2008 Utility Dry Van, 2008 Utility Dry Van, 2008 Utility Dry Van

$285,506.02      $417,500.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor     **GEC Transport Solutions LLC**

Name

Case number (if known) **25-70297**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.9** **Creditor's name**

**Encore Bank**

**Creditor's mailing address**

**12224 Chenal Parkway**

**Little Rock, AR 72211**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**     **3   0   5   7**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Peterbilt 579, 2023 Peterbilt 579, 2023 Peterbilt 579

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$339,302.22**          **$186,000.00**

Debtor   **GEC Transport Solutions LLC**                                    Case number (if known) __25-70297__
_____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.10** **Creditor's name**

**Encore Bank**

**Describe debtor's property that is subject to a lien**
2023 Peterbilt 579, 2023 Peterbilt 579                    $222,981.55          $124,000.00

**Describe the lien**

**Creditor's mailing address**

**12224 Chenal Parkway**

**Little Rock, AR 72211**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number**  **3  0  7  7**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor   **GEC Transport Solutions LLC**
Name

Case number (if known) __25-70297__

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.11** **Creditor's name**

**Encore Bank**

**Creditor's mailing address**

**12224 Chenal Parkway**

**Little Rock, AR 72211**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

Last 4 digits of account   **3  2  4  5**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2024 Peterbilt 579

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$148,618.95   $100,000.00

Debtor     **GEC Transport Solutions LLC**                              Case number (if known) __25-70297__
           Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.12** **Creditor's name**

**Encore Bank**

**Creditor's mailing address**

**12224 Chenal Parkway**

**Little Rock, AR 72211**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __3__ __2__ __3__ __8__
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2024 Peterbilt 579

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$147,305.74          $100,000.00

Debtor   **GEC Transport Solutions LLC**
Name

Case number (if known) **25-70297**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.13** Creditor's name

**Encore Bank**

**Creditor's mailing address**

**12224 Chenal Parkway**

**Little Rock, AR 72211**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** **3  4  1  6**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2005 Great Dane Dry Van, 2006 Hyundai Dry Van, 2006 Great Dane Dry Van, 2006 Hyundai Dry Van, 2006 Hyundai Dry Van, 2006 Hyundai Dry Van, 2006 Lufkin Dry Van, 2006 Lufkin Dry Van, 2006 Lufkin Dry Van, 2006 Lufkin Dry Van

**$4,765.48**     **$49,500.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor **GEC Transport Solutions LLC**

Name

Case number (if known) **25-70297**

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.14** Creditor's name

**Financial Pacific Leasing Inc. a subsidiary of Umpqua Bank**

Creditor's mailing address

**3455 So. 344th Way Suite 300**

**Federal Way, WA 98001**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number  **1  5  0  1**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$37,305.66**

**unknown**

Debtor   **GEC Transport Solutions LLC**

Name

Case number (if known) **25-70297**

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

---

**2.15** **Creditor's name**

**First Citizens Bank**

**Creditor's mailing address**

**10201 Centurion Parkway N. #100**

**Jacksonville, FL 32256**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account** **7 0 0 0**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Wabash Dry Van, 2020 Wabash Dry Van, 2020 Wabash Dry Van, 2020 Wabash Dry Van, 2020 Wabash Dry Van

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$2,060.74**

Column B: **$90,000.00**

Debtor    **GEC Transport Solutions LLC**

Name

Case number (if known)  __25-70297__

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.16** Creditor's name

**JD Factors, LLC**

Creditor's mailing address

**500 Silver Spur Rd Suite 306**

**Rancho Palos Verdes, CA 90275**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account    ___ ___ ___ ___
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

     **See continuation page.**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX, 2008 Utility Dry Van, 2011 Utility Dry Van, 2011 Utility Dry Van, 2011 Utility Dry Van, 2011 Utility Dry Van, 2012 Utility Dry Van, 2014 Great Dane Dry Van, 2014 Wabash Dry Van, 2015 Hyundai Dry Van, 2015 Wabash Dry Van, 2015 Wabash Dry Van, 2015 Wabash Dry Van, 2015 Wabash Dry Van, 2015 Wabash Dry Van, 2015 Wabash Dry Van, 2015 Wabash Dry Van, 2015 Wabash Dry Van, 2015 Wabash Dry Van, 2018 Wabash Dry Van, 2020 Wabash Dry Van, 2020 Wabash Dry Van, 2020 Wabash Dry Van, 2020 Wabash Dry Van, 2020 Wabash Dry Van, 2020 Wabash Dry Van, 2020 Wabash Dry Van, All accounts receivables

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $760,000.00 | $2,052,396.68 |
|---|---|

Debtor  **GEC Transport Solutions LLC**                    Case number (if known) **25-70297**
Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.17** **Creditor's name**

**JD Factors, LLC**

**Creditor's mailing address**

**500 Silver Spur Rd Suite 306**

**Rancho Palos Verdes, CA 90275**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

  ☑ Yes. The relative priority of creditors is specified on lines
    **2.16, 2.3, 2.4**

**Describe debtor's property that is subject to a lien**

2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX, 2020 Utility 4000DX, 2008 Utility Dry Van, 2011 Utility Dry Van, 2011 Utility Dry Van, 2011 Utility Dry Van, 2011 Utility Dry Van, 2011 Utility Dry Van, 2012 Utility Dry Van, 2014 Great Dane Dry Van, 2014 Wabash Dry Van, 2015 Hyundai Dry Van, 2015 Wabash Dry Van, 2015 Wabash Dry Van, 2015 Wabash Dry Van, 2015 Wabash Dry Van, 2015 Wabash Dry Van, 2015 Wabash Dry Van, 2015 Wabash Dry Van, 2015 Wabash Dry Van, 2015 Wabash Dry Van, 2018 Wabash Dry Van, 2020 Wabash Dry Van, 2020 Wabash Dry Van, 2020 Wabash Dry Van, 2020 Wabash Dry Van, 2020 Wabash Dry Van, 2020 Wabash Dry Van, 2020 Wabash Dry Van. All accounts receivables

**Describe the lien**

**Note**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$500,000.00**

Column B: **$2,052,396.68**

Debtor    **GEC Transport Solutions LLC**
Name                                                                    Case number (if known)  **25-70297**

| **Part 1:** | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.18** **Creditor's name**

**Midland Estates Bank**

**Creditor's mailing address**

**5403 Olympic Dr NW Suite 200**

**Gig Harbor, WA 98335**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

Last 4 digits of account   **8   0   0   1**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Kenworth T680                                    $104,088.01                $62,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **GEC Transport Solutions LLC**
Name

Case number (if known)  **25-70297**

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.19** **Creditor's name**

**Midland Estates Bank**

**Creditor's mailing address**

**5403 Olympic Dr NW Suite 200**

**Gig Harbor, WA 98335**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** **8  0  0  2**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Kenworth T680, 2023 Kenworth T680

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$223,089.23**

Column B: **$120,000.00**

Debtor  **GEC Transport Solutions LLC**
Name

Case number (if known) **25-70297**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.20** Creditor's name

**Regions Bank dba Ascentium Capital**

Creditor's mailing address

**c/o Jones Walker LLP**

**811 Main Suite 2900**

**Houston, TX 77002**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number   **5  0  4  3**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2023 Peterbilt 579

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$136,123.75**

**$62,000.00**

Debtor    **GEC Transport Solutions LLC**
Name                                                                          Case number (if known) __25-70297__

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.21** **Creditor's name**

**Regions Bank dba Ascentium Capital**

**Describe debtor's property that is subject to a lien**
2023 Kenworth T680

**Describe the lien**

$148,355.88          $62,000.00

**Creditor's mailing address**

**c/o Jones Walker LLP**

**811 Main Suite 2900**

**Houston, TX 77002**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number**   __0__ __6__ __3__ __1__

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor   **GEC Transport Solutions LLC**

Name

Case number (if known) **25-70297**

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.22** Creditor's name

**Regions Bank dba Ascentium Capital**

Creditor's mailing address

**811 Main Suite 2900**

**Houston, TX 77002**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number   **6  5  5  8**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2024 Peterbilt 579, 2024 Peterbilt 579

Describe the lien

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$423,556.05          $200,000.00

Debtor    **GEC Transport Solutions LLC**

Name

Case number (if known) **25-70297**

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.23** Creditor's name

**Samsara Capital Finance**

Creditor's mailing address

**2330 I-30**

**Mesquite, TX 75150**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** UCC Lien

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**unknown**

**unknown**

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor **GEC Transport Solutions LLC**
Name

Case number (if known) **25-70297**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.24** Creditor's name

**Simmons Bank**

Describe debtor's property that is subject to a lien

2019 Peterbilt 579, 2019 Peterbilt 579, 2019 Peterbilt 579, 2020 Peterbilt 579, 2020 Peterbilt 579, 2020 Peterbilt 579

**$90,000.00**       **$166,000.00**

Creditor's mailing address

**c/o Mark Chapman**

**17901 Chenal Parkway 4th Floor**

**Little Rock, AR 72223**

Describe the lien

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number **4  4  6  9**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor **GEC Transport Solutions LLC**

Name

Case number (if known) **25-70297**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.25** Creditor's name

**Sumitomo Mitsui Finance & Leasing Co.**

Creditor's mailing address

**666 Third Avenue 8th Floor**

**New York, NY 10017**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number **4 3 0 9**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2023 Peterbilt 579, 2023 Peterbilt 579

Describe the lien

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$205,171.70** | **$124,000.00**

Debtor  **GEC Transport Solutions LLC**

Name

Case number (if known) **25-70297**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.26** Creditor's name

**Sumitomo Mitsui Finance & Leasing Co.**

**Describe debtor's property that is subject to a lien**

2023 Kenworth T680

**$104,209.56**          **$62,000.00**

**Describe the lien**

Creditor's mailing address

**666 Third Avenue 8th Floor**

**New York, NY 10017**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred

Last 4 digits of account number    **0  9  1  0**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    **GEC Transport Solutions LLC**                    Case number (if known) __25-70297__
Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.27** **Creditor's name**

**TBK, SSB, a Texas State Savings Bank**

**Creditor's mailing address**

**12700 Park Central Drive Suite 1700**

**Dallas, TX 75251**

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    **4  6  1  6**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **See continuation page.**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Kenworth T680, 2021 Kenworth T680, 2021 Kenworth T680, All deposit accounts, All equipment, All accounts receivables

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$85,307.98**

Column B: **$5,043,076.52**

Debtor  **GEC Transport Solutions LLC**

Name

Case number (if known) **25-70297**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.28** Creditor's name

**TBK, SSB, a Texas State Savings Bank**

Describe debtor's property that is subject to a lien
2021 Kenworth T680, 2021 Kenworth T680, All deposit accounts, All equipment, All accounts receivables

**$45,866.00**

**$5,003,076.52**

Creditor's mailing address

**12700 Park Central Drive Suite 1700**

**Dallas, TX 75251**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Date debt was incurred

Last 4 digits of account number  **4 6 1 2**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No
☑ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No.  Specify each creditor, including this creditor, and its relative priority.

**See continuation page.**

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    **GEC Transport Solutions LLC**
_____          Case number (if known) __25-70297_____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

|  |  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.29** **Creditor's name**

**The Huntington National Bank**

**Creditor's mailing address**

**41 South High Street**

**Columbus, OH 43215**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    **1   3   1   1**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Peterbilt 579, 2021 Peterbilt 579

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Column A:** $94,805.62

**Column B:** $86,000.00

Debtor   **GEC Transport Solutions LLC**
Name

Case number (if known) **25-70297**

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.30** **Creditor's name**

**U.S. Small Business Administration**

**Creditor's mailing address**

**1545 Hawkins Blvd**

**El Paso, TX 79925**

**Creditor's email address, if known**

**Date debt was incurred**  **08/10/2020**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☑ Yes. The relative priority of creditors is specified on lines **2.3**

**Describe debtor's property that is subject to a lien**

All deposit accounts, All equipment, All accounts receivables

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$159,853.37

$4,923,076.52

Debtor   **GEC Transport Solutions LLC**

Name

Case number (if known) __25-70297__

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.31** **Creditor's name**

**Wabash National Financial Services**

**Creditor's mailing address**

**655 Business Center Drive Suite 250**

**Horsham, PA 19044**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   3  9  1  2

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Wabash Dry Van, 2020 Wabash Dry Van, 2020 Wabash Dry Van, 2020 Wabash Dry Van, 2020 Wabash Dry Van, 2020 Wabash Dry Van, 2020 Wabash Dry Van, 2020 Wabash Dry Van

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$60,464.89

$144,000.00

Debtor  **GEC Transport Solutions LLC**  Case number (if known) **25-70297**

Name

| Part 1: | Additional Page | | |
|---|---|---|---|

---

**2.3**  Creditor's name

**Alpine Advance 5 LLC**

**Specify each creditor, including this creditor, and its relative priority.**

For All equipment: 1) Commercial Credit Group, Inc.; **2) Alpine Advance 5 LLC**; 3) U.S. Small Business Administration; 4) TBK, SSB, a Texas State Savings Bank; 5) TBK, SSB, a Texas State Savings Bank; For All accounts receivables: 1) Commercial Credit Group, Inc.; 2) JD Factors, LLC; 3) JD Factors, LLC; 4) U.S. Small Business Administration; 5) TBK, SSB, a Texas State Savings Bank; 6) TBK, SSB, a Texas State Savings Bank; **7) Alpine Advance 5 LLC**; For All deposit accounts: 1) Commercial Credit Group, Inc.; 2) U.S. Small Business Administration; 3) TBK, SSB, a Texas State Savings Bank; 4) TBK, SSB, a Texas State Savings Bank; **5) Alpine Advance 5 LLC**

---

**2.4**  Creditor's name

**BMO Harris Bank N.A.**

**Specify each creditor, including this creditor, and its relative priority.**

For 2020 Utility 4000DX: **1) BMO Harris Bank N.A.**; 2) JD Factors, LLC; 3) JD Factors, LLC; For 2020 Utility 4000DX: **1) BMO Harris Bank N.A.**; 2) JD Factors, LLC; 3) JD Factors, LLC; For 2020 Utility 4000DX: **1) BMO Harris Bank N.A.**; 2) JD Factors, LLC; 3) JD Factors, LLC; For 2020 Utility 4000DX: **1) BMO Harris Bank N.A.**; 2) JD Factors, LLC; 3) JD Factors, LLC; For 2020 Utility 4000DX: **1) BMO Harris Bank N.A.**; 2) JD Factors, LLC; 3) JD Factors, LLC; For 2020 Utility 4000DX: **1) BMO Harris Bank N.A.**; 2) JD Factors, LLC; 3) JD Factors, LLC; For 2020 Utility 4000DX: **1) BMO Harris Bank N.A.**; 2) JD Factors, LLC; 3) JD Factors, LLC; For 2020 Utility 4000DX: **1) BMO Harris Bank N.A.**; 2) JD Factors, LLC; 3) JD Factors, LLC; For 2020 Utility 4000DX: **1) BMO Harris Bank N.A.**; 2) JD Factors, LLC; 3) JD Factors, LLC

---

**2.6**  Creditor's name

**Commercial Credit Group, Inc.**

**Specify each creditor, including this creditor, and its relative priority.**

For All accounts receivables: **1) Commercial Credit Group, Inc.**; 2) JD Factors, LLC; 3) JD Factors, LLC; 4) U.S. Small Business Administration; 5) TBK, SSB, a Texas State Savings Bank; 6) TBK, SSB, a Texas State Savings Bank; 7) Alpine Advance 5 LLC; For All deposit accounts: **1) Commercial Credit Group, Inc.**; 2) U.S. Small Business Administration; 3) TBK, SSB, a Texas State Savings Bank; 4) TBK, SSB, a Texas State Savings Bank; 5) Alpine Advance 5 LLC; For All equipment: **1) Commercial Credit Group, Inc.**; 2) Alpine Advance 5 LLC; 3) U.S. Small Business Administration; 4) TBK, SSB, a Texas State Savings Bank; 5) TBK, SSB, a Texas State Savings Bank

---

| Debtor | **GEC Transport Solutions LLC** | Case number (if known) | **25-70297** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | |
|---|---|---|---|

**2.16** Creditor's name

**JD Factors, LLC**

Specify each creditor, including this creditor, and its relative priority.

For 2020 Utility 4000DX: 1) BMO Harris Bank N.A.; **2) JD Factors, LLC**; 3) JD Factors, LLC; For 2020 Utility 4000DX: 1) BMO Harris Bank N.A.; **2) JD Factors, LLC**; 3) JD Factors, LLC; For 2020 Utility 4000DX: 1) BMO Harris Bank N.A.; **2) JD Factors, LLC**; 3) JD Factors, LLC; For 2020 Utility 4000DX: 1) BMO Harris Bank N.A.; **2) JD Factors, LLC**; 3) JD Factors, LLC; For 2020 Utility 4000DX: 1) BMO Harris Bank N.A.; **2) JD Factors, LLC**; 3) JD Factors, LLC; For 2020 Utility 4000DX: 1) BMO Harris Bank N.A.; **2) JD Factors, LLC**; 3) JD Factors, LLC; For 2020 Utility 4000DX: 1) BMO Harris Bank N.A.; **2) JD Factors, LLC**; 3) JD Factors, LLC; For 2020 Utility 4000DX: 1) BMO Harris Bank N.A.; **2) JD Factors, LLC**; 3) JD Factors, LLC; For 2008 Utility Dry Van: **1) JD Factors, LLC**; 2) JD Factors, LLC; For 2011 Utility Dry Van: **1) JD Factors, LLC**; 2) JD Factors, LLC; For 2011 Utility Dry Van: **1) JD Factors, LLC**; 2) JD Factors, LLC; For 2011 Utility Dry Van: **1) JD Factors, LLC**; 2) JD Factors, LLC; For 2011 Utility Dry Van: **1) JD Factors, LLC**; 2) JD Factors, LLC; For 2012 Utility Dry Van: **1) JD Factors, LLC**; 2) JD Factors, LLC; For 2014 Great Dane Dry Van: **1) JD Factors, LLC**; 2) JD Factors, LLC; For 2014 Wabash Dry Van: **1) JD Factors, LLC**; 2) JD Factors, LLC; For 2015 Hyundai Dry Van: **1) JD Factors, LLC**; 2) JD Factors, LLC; For 2015 Wabash Dry Van: **1) JD Factors, LLC**; 2) JD Factors, LLC; For 2015 Wabash Dry Van: **1) JD Factors, LLC**; 2) JD Factors, LLC; For 2015 Wabash Dry Van: **1) JD Factors, LLC**; 2) JD Factors, LLC; For 2015 Wabash Dry Van: **1) JD Factors, LLC**; 2) JD Factors, LLC; For 2015 Wabash Dry Van: **1) JD Factors, LLC**; 2) JD Factors, LLC; For 2015 Wabash Dry Van: **1) JD Factors, LLC**; 2) JD Factors, LLC; For 2015 Wabash Dry Van: **1) JD Factors, LLC**; 2) JD Factors, LLC; For 2015 Wabash Dry Van: **1) JD Factors, LLC**; 2) JD Factors, LLC; For 2018 Wabash Dry Van: **1) JD Factors, LLC**; 2) JD Factors, LLC; For 2020 Wabash Dry Van: **1) JD Factors, LLC**; 2) JD Factors, LLC; For 2020 Wabash Dry Van: **1) JD Factors, LLC**; 2) JD Factors, LLC; For 2020 Wabash Dry Van: **1) JD Factors, LLC**; 2) JD Factors, LLC; For 2020 Wabash Dry Van: **1) JD Factors, LLC**; 2) JD Factors, LLC; For 2020 Wabash Dry Van: **1) JD Factors, LLC**; 2) JD Factors, LLC; For 2020 Wabash Dry Van: 1) JD Factors, LLC; **2) JD Factors, LLC**; For All accounts receivable: 1) Commercial Credit Group, Inc.; **2) JD Factors, LLC**; 3) JD Factors, LLC; 4) U.S. Small Business Administration; 5) TBK, SSB, a Texas State Savings Bank; 6) TBK, SSB, a Texas State Savings Bank; 7) Alpine Advance 5 LLC

**2.27** Creditor's name

**TBK, SSB, a Texas State Savings Bank**

Specify each creditor, including this creditor, and its relative priority.

For All deposit accounts: 1) Commercial Credit Group, Inc.; 2) U.S. Small Business Administration; 3) TBK, SSB, a Texas State Savings Bank; **4) TBK, SSB, a Texas State Savings Bank**; 5) Alpine Advance 5 LLC; For All equipment: 1) Commercial Credit Group, Inc.; 2) Alpine Advance 5 LLC; 3) U.S. Small Business Administration; 4) TBK, SSB, a Texas State Savings Bank; **5) TBK, SSB, a Texas State Savings Bank**; For All accounts receivables: 1) Commercial Credit Group, Inc.; 2) JD Factors, LLC; 3) JD Factors, LLC; 4) U.S. Small Business Administration; 5) TBK, SSB, a Texas State Savings Bank; **6) TBK, SSB, a Texas State Savings Bank**; 7) Alpine Advance 5 LLC

**2.28** Creditor's name

**TBK, SSB, a Texas State Savings Bank**

Specify each creditor, including this creditor, and its relative priority.

For All deposit accounts: 1) Commercial Credit Group, Inc.; 2) U.S. Small Business Administration; **3) TBK, SSB, a Texas State Savings Bank**; 4) TBK, SSB, a Texas State Savings Bank; 5) Alpine Advance 5 LLC; For All equipment: 1) Commercial Credit Group, Inc.; 2) Alpine Advance 5 LLC; 3) U.S. Small Business Administration; **4) TBK, SSB, a Texas State Savings Bank**; 5) TBK, SSB, a Texas State Savings Bank; For All accounts receivables: 1) Commercial Credit Group, Inc.; 2) JD Factors, LLC; 3) JD Factors, LLC; 4) U.S. Small Business Administration; **5) TBK, SSB, a Texas State Savings Bank**; 6) TBK, SSB, a Texas State Savings Bank; 7) Alpine Advance 5 LLC

Debtor   **GEC Transport Solutions LLC**                                      Case number (if known) __25-70297_____
Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Joseph D Frizzell** <br> **100 Throckmorton Suite 700** <br> **Fort Worth, TX 76102** | Line 2. _7_ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

**Fill in this information to identify the case:**

Debtor name     **GEC Transport Solutions LLC**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known):    **25-70297**

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,110.23** | **$80,110.23** |

**2.1**

Priority creditor's name and mailing address

**Department of Treasury**

**Internal Revenue Service**

**Ogden, UT 84201-0039**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

**Payroll Taxes 2024 - Q3**

Is the claim subject to offset?

☑ No

☐ Yes

Total claim **$80,110.23**

Priority amount **$80,110.23**

**2.2**

Priority creditor's name and mailing address

**Department of Treasury**

**Internal Revenue Service**

**Ogden, UT 84201-0039**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

**Payroll Taxes 2024 - Q4**

Is the claim subject to offset?

☑ No

☐ Yes

Total claim **$30,446.18**

Priority amount **$30,446.18**

Debtor    **GEC Transport Solutions LLC**
Name

Case number *(if known)*    **25-70297**

---

| Part 1: | Additional Page |

**2.3**

**Priority creditor's name and mailing address**

**Department of Treasury**

**Internal Revenue Service**

**Ogden, UT 84201-0039**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Payroll Taxes 2025 - Q1**

**Is the claim subject to offset?**
☑ No
☐ Yes

$37,081.32          $37,081.32

---

**2.4**

**Priority creditor's name and mailing address**

**Department of Treasury**

**Internal Revenue Service**

**Ogden, UT 84201-0039**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Payroll Taxes 2025 - Q2**

**Is the claim subject to offset?**
☑ No
☐ Yes

$56,320.52          $56,320.52

---

Debtor    **GEC Transport Solutions LLC**                                   Case number *(if known)*    **25-70297**
_____
                          Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address

  **Alan McDaniel**

  **1065 Kessler Pkwy**

  **Dallas, TX 75208-2429**

  Date or dates debt was incurred  _____

  Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☒ No
☐ Yes

**$493,112.25**

---

**3.2**  Nonpriority creditor's name and mailing address

  **Alan McDaniel**

  **1065 Kessler Pkwy**

  **Dallas, TX 75208-2429**

  Date or dates debt was incurred  _____

  Last 4 digits of account number  ___ ___ ___ ___

  Remarks: Property

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☒ No
☐ Yes

**$559,180.91**

---

**3.3**  Nonpriority creditor's name and mailing address

  **American Express**

  **PO Box 6031**

  **Carol Stream, IL 60197-6031**

  Date or dates debt was incurred  _____

  Last 4 digits of account number  **1  0  0  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

**$775.77**

---

**3.4**  Nonpriority creditor's name and mailing address

  **CA Estates, LLC**

  Date or dates debt was incurred  _____

  Last 4 digits of account number  ___ ___ ___ ___

  Remarks: No address. Email afrutos@grupoancira.com

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☒ No
☐ Yes

**$189,206.84**

| Debtor | **GEC Transport Solutions LLC** | Case number *(if known)* | **25-70297** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Cobalt Funding Solutions**

**99 Wall Street Suite 3618**

**New York, NY 10005**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$193,947.95**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Credit Collection Services**

**c/o North Texas Tollway Authority**

**725 Canton Street**

**Norwood, MA 02062**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$89.40**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Toll Violation**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Delaware Department of Transportation**

**Delaware E-Z Pass Payment Center**

**PO Box 697**

**Dover, DE 19903-0697**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$155.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Toll Violation**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Escobedo & Cardenas, LLP**

**1602 Dulcinea**

**Edinburg, TX 78539**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$750.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Invoice**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **GEC Transport Solutions LLC**                                Case number *(if known)*   **25-70297**
  Name

---

**Part 2:**  Additional Page

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $598.25 |
|---|---|---|---|

**3.9** Nonpriority creditor's name and mailing address

**Express Toll Denver**

**E-470 Public Highway Authority**

**PO Box 5470**

**Denver, CO 80217-5470**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Toll Violation**

Is the claim subject to offset?
☑ No
☐ Yes

$598.25

---

**3.10** Nonpriority creditor's name and mailing address

**E-Z Pass MA State**

**PO Box 847840**

**Boston, MA 02284-7840**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Toll Violation**

Is the claim subject to offset?
☑ No
☐ Yes

$52.65

---

**3.11** Nonpriority creditor's name and mailing address

**F.H. Cann & Associates, Inc.**

**c/o North Texas Tollway Authority**

**PO Box 7**

**North Andover, MA 01845**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$39.32

---

**3.12** Nonpriority creditor's name and mailing address

**Fort Bend County Toll Road Authority**

**PO Box 622002**

**Dallas, TX 75262-2002**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Toll Violation**

Is the claim subject to offset?
☑ No
☐ Yes

$95.11

---

Debtor   **GEC Transport Solutions LLC**

Name

Case number *(if known)*   **25-70297**

---

**Part 2:** Additional Page

---

**3.13** Nonpriority creditor's name and mailing address

**Forward Financing, LLC**

**53 State Street**

**Boston, MA 02109**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$76,326.68

---

**3.14** Nonpriority creditor's name and mailing address

**Griffith Law Group, LLP**

**4228 N. McColl Road**

**Mcallen, TX 78504**

Date or dates debt was incurred

Last 4 digits of account number   **9   9   7   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Invoice**

Is the claim subject to offset?
☑ No
☐ Yes

$775.40

---

**3.15** Nonpriority creditor's name and mailing address

**Harris County**

**PO Box 4440**

**Houston, TX 77210-4440**

Date or dates debt was incurred

Last 4 digits of account number   **2   2   6   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Toll Violation**

Is the claim subject to offset?
☑ No
☐ Yes

$237.61

---

**3.16** Nonpriority creditor's name and mailing address

**Harris County**

**PO Box 4440**

**Houston, TX 77210-4440**

Date or dates debt was incurred

Last 4 digits of account number   **2   8   1   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Toll Violation**

Is the claim subject to offset?
☑ No
☐ Yes

$445.98

---

| Debtor | **GEC Transport Solutions LLC** | Case number *(if known)* | **25-70297** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.17** Nonpriority creditor's name and mailing address

**Illinois Tolls**

**PO Box 1212**

**Horseheads, NY 14845-1200**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Toll Violation**

Is the claim subject to offset?
☑ No
☐ Yes

$343.15

---

**3.18** Nonpriority creditor's name and mailing address

**Jeffery Riemersma**

**319 N Iowa Ave**

**Weslaco, TX 78596**

Date or dates debt was incurred   **09/19/2025**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Payroll**

Is the claim subject to offset?
☑ No
☐ Yes

$970.91

---

**3.19** Nonpriority creditor's name and mailing address

**Juan Jose Alvarez Chavez**

**4405 Chewy Ave**

**Edinburg, TX 78542**

Date or dates debt was incurred   **10/26/2025**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Payroll**

Is the claim subject to offset?
☑ No
☐ Yes

$1,857.75

---

**3.20** Nonpriority creditor's name and mailing address

**Kansas Turnpike Authority**

**PO Box 803311**

**Kansas City, MO 64180-3311**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Toll Violation**

Is the claim subject to offset?
☑ No
☐ Yes

$169.50

---

Debtor    **GEC Transport Solutions LLC**                              Case number *(if known)*    **25-70297**
          Name

---

**Part 2:**  Additional Page

---

**3.21**  Nonpriority creditor's name and mailing address

**Leandro Nino**

**1213 Colorado Street**

**Alamo, TX 78516**

Date or dates debt was incurred    **09/26/2025**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$298.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22**  Nonpriority creditor's name and mailing address

**Lexington Insurance Company**

**5429 LBJ Freeway Suite 300**

**Dallas, TX 75240**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$19,550.63**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23**  Nonpriority creditor's name and mailing address

**Linebarger Goggan Blair & Sampson LLP**

**Houston, TX**

**4828 Loop Central Dr Ste 600**

**Houston, TX 77081-1246**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$754.79**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Toll Violation**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24**  Nonpriority creditor's name and mailing address

**Maryland Transportation Authority**

**PO Box 12853**

**Philadelphia, PA 19176-0853**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$5,029.42**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Toll Violation**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **GEC Transport Solutions LLC**
Name

Case number *(if known)* **25-70297**

---

**Part 2:** Additional Page

---

**3.25** Nonpriority creditor's name and mailing address

**McLeod Software**

**Department 3500**

**PO Box 830539**

**Birmingham, AL 35283**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Invoice

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,287.71**

---

**3.26** Nonpriority creditor's name and mailing address

**Meged Funding Group**

**108 W 39th Street Suite 1006 #2171**

**New York, NY 10018**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$98,211.25**

---

**3.27** Nonpriority creditor's name and mailing address

**NCC**

**PO Box 9156**

**Alexandria, VA 22304-0156**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Remarks:**
Debt Collector for amount owed to Transurban (USA) Operations Inc

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$118.75**

---

**3.28** Nonpriority creditor's name and mailing address

**NJCEZPASS DELAWARE RIVER**

**PO Box 4971**

**Trenton, NJ 08650**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Toll Violation

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,090.00**

---

Debtor **GEC Transport Solutions LLC**
Name

Case number *(if known)*   **25-70297**

---

**Part 2:**  Additional Page

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,930.14
*Check all that apply.*

**NTTA North Texas**

**North Texas Tollway Authority**

**PO Box 660244**

**Dallas, TX 75266-0244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Toll Violation**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,107.98
*Check all that apply.*

**NY State Bridge & Tunnels**

**PO Box 15187**

**Albany, NY 12212-5187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Toll Violation**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.75
*Check all that apply.*

**Ohio Turnpike and Infrastructure Commission**

**PO Box 94672**

**Cleveland, OH 44101-4672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Toll Violation**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,195.18
*Check all that apply.*

**Oklahoma Turnpike**

**OTA-Platepay**

**PO Box 248935**

**Oklahoma City, OK 73124-8935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Toll Violation**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor   **GEC Transport Solutions LLC**
Name
Case number *(if known)*   **25-70297**

---

**Part 2:**   Additional Page

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.23
**Pennsylvania Turnpike Authority**

**111 West Jackson Blvd Suite 650**

**Chicago, IL 60604-3589**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Toll Violation**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70.00
**Professional Account Management LLC**

**PO Box 500**

**Horseheads, NY 14845-0500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Toll Violation**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $547.32
**River Link Ohio**

**PO Box 646000**

**Cincinnati, OH 45264-6000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Toll Violation**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,263.33
**RMA Cameron County Texas**

**PO Box 4440**

**Houston, TX 77210-4440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Toll Violation**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor   **GEC Transport Solutions LLC**
Name
Case number *(if known)*   **25-70297**

---

**Part 2:**  Additional Page

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.60 |
|---|---|---|---|

**Southern Connector South Carolina**

**Connector 2000 Association**

**PO Box 408**

**Piedmont, SC 29673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Toll Violation**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,276.20 |
|---|---|---|---|

**Transportation Specialty Underwriters**

**AssuredPartners of NJ, LLC.**

**1130 Highway 315**

**Wilkes Barre, PA 18702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,209.73 |
|---|---|---|---|

**Transure Services, A Relation Company**

**AssuredPartners of NJ, LLC.**

**1130 Highway 315**

**Wilkes Barre, PA 18702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **GEC Transport Solutions LLC**                    Case number *(if known)*   **25-70297**
_____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Transportation Specialty Underwriters** <br> **10050 Innovation Dr. Suite 340** <br> **Miamisburg, OH 45342** | Line **3.38** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 **Transure Services, A Relation Company** <br> **521 Boone Station Drive Suite 106** <br> **Burlington, NC 27215** | Line **3.39** <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor       **GEC Transport Solutions LLC**                                Case number *(if known)*       **25-70297**
       Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$203,958.25** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$1,722,944.44** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,926,902.69** |

Fill in this information to identify the case:

Debtor name **GEC Transport Solutions LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known): **25-70297** Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Office lease paid month by month | **Alan McDaniel** |
| | | Contract to be ASSUMED | **1065 Kessler Pkwy** |
| | State the term remaining | 0 months | **Dallas, TX 75208-2429** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | MCA | **Alpine Advance 5 LLC** |
| | | Contract to be ASSUMED | **151 New Park Ave.** |
| | State the term remaining | 0 months | **Hartford, CT 06106** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | MCA | **Cobalt Funding Solutions** |
| | | Contract to be ASSUMED | **99 Wall Street Suite 3618** |
| | State the term remaining | 0 months | **New York, NY 10005** |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | MCA | **Forward Financing, LLC** |
| | | Contract to be ASSUMED | **53 State Street** |
| | State the term remaining | 0 months | **Boston, MA 02109** |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | MCA | **Meged Funding Group** |
| | | Contract to be ASSUMED | **108 W 39th Street Suite 1006 #2171** |
| | State the term remaining | 0 months | **New York, NY 10018** |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __**GEC Transport Solutions LLC**__

United States Bankruptcy Court for the: __**Southern**__   District of __**Texas**__
(State)

Case number (If known): __**25-70297**__

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Benjamin Cavazos** | **4712 Toronto Ave** <br> Street <br><br> **Mcallen, TX 78503** <br> City        State        ZIP Code | **JD Factors, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **BMO Harris Bank N.A.** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **BMO Harris Bank N.A.** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **TBK, SSB, a Texas State Savings Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **TBK, SSB, a Texas State Savings Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Commercial Credit Group, Inc.** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **The Huntington National Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **First Citizens Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Simmons Bank** | ☑ D <br> ☐ E/F <br> ☐ G |

| Debtor | **GEC Transport Solutions LLC** | Case number (if known) | **25-70297** |
|---|---|---|---|
| | Name | | |

| ▇ | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **Financial Pacific Leasing Inc. a subsidiary of Umpqua Bank** | ☑ D ☐ E/F ☐ G |
| | | **Crossroads Equipment Lease & Finance, LLC.** | ☑ D ☐ E/F ☐ G |
| | | **Regions Bank dba Ascentium Capital** | ☑ D ☐ E/F ☐ G |
| | | **Wabash National Financial Services** | ☑ D ☐ E/F ☐ G |
| | | **Ally Financial** | ☑ D ☐ E/F ☐ G |
| | | **Ally Financial** | ☑ D ☐ E/F ☐ G |
| | | **Sumitomo Mitsui Finance & Leasing Co.** | ☑ D ☐ E/F ☐ G |
| | | **Sumitomo Mitsui Finance & Leasing Co.** | ☑ D ☐ E/F ☐ G |
| | | **Midland Estates Bank** | ☑ D ☐ E/F ☐ G |
| | | **Midland Estates Bank** | ☑ D ☐ E/F ☐ G |
| | | **Encore Bank** | ☑ D ☐ E/F ☐ G |
| | | **Encore Bank** | ☑ D ☐ E/F ☐ G |
| | | **Encore Bank** | ☑ D ☐ E/F ☐ G |

| Debtor | **GEC Transport Solutions LLC** | Case number (if known) | **25-70297** |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **Encore Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Encore Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Encore Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Cobalt Funding Solutions** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Forward Financing, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Alpine Advance 5 LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Meged Funding Group** | ☐ D<br>☑ E/F<br>☐ G |
| | | **U.S. Small Business Administration** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Regions Bank dba Ascentium Capital** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Regions Bank dba Ascentium Capital** | ☑ D<br>☐ E/F<br>☐ G |
| | | **American Express** | ☐ D<br>☑ E/F<br>☐ G |
| | | **JD Factors, LLC** | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | **GEC Transport Solutions LLC** | Case number (if known) | **25-70297** |
|---|---|---|---|

Name

| | Additional Page if Debtor Has More Codebtors |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.2 **Cavazos, Benjamin** | **4712 Toronto Ave** <br> Street <br><br> **Mcallen, TX 78503** <br> City   State   ZIP Code | **JD Factors, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **BMO Harris Bank N.A.** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **BMO Harris Bank N.A.** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **TBK, SSB, a Texas State Savings Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **TBK, SSB, a Texas State Savings Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Commercial Credit Group, Inc.** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **The Huntington National Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **First Citizens Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Simmons Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Financial Pacific Leasing Inc. a subsidiary of Umpqua Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Crossroads Equipment Lease & Finance, LLC.** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Regions Bank dba Ascentium Capital** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Wabash National Financial Services** | ☑ D <br> ☐ E/F <br> ☐ G |

| Debtor | **GEC Transport Solutions LLC** | Case number (if known) | **25-70297** |
|--------|--------------------------------|------------------------|--------------|

Name

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|------------------------|-----------------|------------------------|------------------|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **Ally Financial** | ☑ D  ☐ E/F  ☐ G |
| | | **Ally Financial** | ☑ D  ☐ E/F  ☐ G |
| | | **Sumitomo Mitsui Finance & Leasing Co.** | ☑ D  ☐ E/F  ☐ G |
| | | **Sumitomo Mitsui Finance & Leasing Co.** | ☑ D  ☐ E/F  ☐ G |
| | | **Midland Estates Bank** | ☑ D  ☐ E/F  ☐ G |
| | | **Midland Estates Bank** | ☑ D  ☐ E/F  ☐ G |
| | | **Encore Bank** | ☑ D  ☐ E/F  ☐ G |
| | | **Encore Bank** | ☑ D  ☐ E/F  ☐ G |
| | | **Encore Bank** | ☑ D  ☐ E/F  ☐ G |
| | | **Encore Bank** | ☑ D  ☐ E/F  ☐ G |
| | | **Encore Bank** | ☑ D  ☐ E/F  ☐ G |
| | | **Encore Bank** | ☑ D  ☐ E/F  ☐ G |
| | | **Cobalt Funding Solutions** | ☐ D  ☑ E/F  ☐ G |
| | | **Forward Financing, LLC** | ☐ D  ☑ E/F  ☐ G |

| Debtor | **GEC Transport Solutions LLC** | Case number (if known) | **25-70297** |
|---|---|---|---|

Name

| **Additional Page if Debtor Has More Codebtors** |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| | | **Alpine Advance 5 LLC** | ☑ D ☐ E/F ☐ G |
| | | **Meged Funding Group** | ☐ D ☑ E/F ☐ G |
| | | **U.S. Small Business Administration** | ☑ D ☐ E/F ☐ G |
| | | **Regions Bank dba Ascentium Capital** | ☑ D ☐ E/F ☐ G |
| | | **Regions Bank dba Ascentium Capital** | ☑ D ☐ E/F ☐ G |
| | | **American Express** | ☐ D ☑ E/F ☐ G |
| | | **JD Factors, LLC** | ☑ D ☐ E/F ☐ G |
| 2.3 **Mirtha Cavazos** | **4712 Toronto Ave** <br> Street <br><br> **Mcallen, TX 78503** <br> City    State    ZIP Code | **JD Factors, LLC** | ☑ D ☐ E/F ☐ G |
| | | **BMO Harris Bank N.A.** | ☑ D ☐ E/F ☐ G |
| | | **BMO Harris Bank N.A.** | ☑ D ☐ E/F ☐ G |
| | | **TBK, SSB, a Texas State Savings Bank** | ☑ D ☐ E/F ☐ G |
| | | **TBK, SSB, a Texas State Savings Bank** | ☑ D ☐ E/F ☐ G |
| | | **Commercial Credit Group, Inc.** | ☑ D ☐ E/F ☐ G |
| | | **The Huntington National Bank** | ☑ D ☐ E/F ☐ G |

| Debtor | **GEC Transport Solutions LLC** | Case number (if known) | **25-70297** |
| --- | --- | --- | --- |
| | Name | | |

| ▇ | Additional Page if Debtor Has More Codebtors |
| --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **First Citizens Bank** | ☑ D  ☐ E/F  ☐ G |
| | | **Simmons Bank** | ☑ D  ☐ E/F  ☐ G |
| | | **Financial Pacific Leasing Inc. a subsidiary of Umpqua Bank** | ☑ D  ☐ E/F  ☐ G |
| | | **Crossroads Equipment Lease & Finance, LLC.** | ☑ D  ☐ E/F  ☐ G |
| | | **Regions Bank dba Ascentium Capital** | ☑ D  ☐ E/F  ☐ G |
| | | **Wabash National Financial Services** | ☑ D  ☐ E/F  ☐ G |
| | | **Ally Financial** | ☑ D  ☐ E/F  ☐ G |
| | | **Ally Financial** | ☑ D  ☐ E/F  ☐ G |
| | | **Sumitomo Mitsui Finance & Leasing Co.** | ☑ D  ☐ E/F  ☐ G |
| | | **Sumitomo Mitsui Finance & Leasing Co.** | ☑ D  ☐ E/F  ☐ G |
| | | **Midland Estates Bank** | ☑ D  ☐ E/F  ☐ G |
| | | **Midland Estates Bank** | ☑ D  ☐ E/F  ☐ G |
| | | **Encore Bank** | ☑ D  ☐ E/F  ☐ G |

Debtor    **GEC Transport Solutions LLC**        Case number (if known) **25-70297**
Name

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **Encore Bank** | ☑ D ☐ E/F ☐ G |
| | | **Encore Bank** | ☑ D ☐ E/F ☐ G |
| | | **Encore Bank** | ☑ D ☐ E/F ☐ G |
| | | **Encore Bank** | ☑ D ☐ E/F ☐ G |
| | | **Encore Bank** | ☑ D ☐ E/F ☐ G |
| | | **Cobalt Funding Solutions** | ☐ D ☑ E/F ☐ G |
| | | **Forward Financing, LLC** | ☐ D ☑ E/F ☐ G |
| | | **Alpine Advance 5 LLC** | ☑ D ☐ E/F ☐ G |
| | | **Meged Funding Group** | ☐ D ☑ E/F ☐ G |
| | | **U.S. Small Business Administration** | ☑ D ☐ E/F ☐ G |
| | | **Regions Bank dba Ascentium Capital** | ☑ D ☐ E/F ☐ G |
| | | **Regions Bank dba Ascentium Capital** | ☑ D ☐ E/F ☐ G |
| | | **JD Factors, LLC** | ☑ D ☐ E/F ☐ G |

Debtor    **GEC Transport Solutions LLC**      Case number (if known) **25-70297**

Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.4 | _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.5 | _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

**Fill in this information to identify the case:**

Debtor name       **GEC Transport Solutions LLC**

United States Bankruptcy Court for the:

      **Southern District of Texas**

Case number (if known):     **25-70297**     Chapter   **11**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*............................................................................................
   **$0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................................
   **$4,938,076.52**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................................
   **$4,938,076.52**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................
   **$5,306,333.35**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................................
   **$203,958.25**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................
   **+**   **$1,722,944.44**

4. **Total liabilities**.........................................................................................................................
   **$7,233,236.04**
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name **GEC Transport Solutions LLC**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): **25-70297**

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | **6,135,559.00 approx**<br>**$0.00** |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY        MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | **$9,536,162.00** |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY        MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | **$11,087,406.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY        MM/ DD/ YYYY | | |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY        MM/ DD/ YYYY | | |

Debtor    **GEC Transport Solutions LLC**      Case 25-70297    Document 36    Filed in TXSB on 10/20/25    Page 78 of 98    Case number *(if known)*    **25-70297**

Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.1.**   **Ally Financial**<br>Creditor's name<br>**P.o. Box 380901**<br>Street<br><br>**Minneapolis, MN 55438**<br>City    State    ZIP Code | | **$15,268.18** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **3.2.**   **Alpine Advance 5 LLC**<br>Creditor's name<br>**46 Washington Street Suite#6**<br>Street<br><br>**Middletown, CT 06457**<br>City    State    ZIP Code | | **$81,455.95** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **3.3.**   **Commercial Credit Group Inc.**<br>Creditor's name<br>**227 West Trade St. Suite 2100**<br>Street<br><br>**Houston, TX 77010**<br>City    State    ZIP Code | | **$44,000.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **3.4.**   **Encore Bank**<br>Creditor's name<br>**1225 S. Main Street Suite 101**<br>Street<br><br>**Grapevine, TX 76051**<br>City    State    ZIP Code | | **$67,405.65** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **3.5.**   **Forward Finance**<br>Creditor's name<br>**53 State Street Floor 20**<br>Street<br><br>**Boston, MA 02109**<br>City    State    ZIP Code | | **$58,240.00** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor **GEC Transport Solutions LLC**                                                   Case number *(if known)*   **25-70297**
　　　　Name

3.6.  **Midland Estates Bank**                                    **$15,840.78**          ☐ Secured debt
Creditor's name                                                                           ☑ Unsecured loan repayments
**5403 Olympic Dr NW Suite 200**                                                          ☐ Suppliers or vendors
Street                                                                                    ☐ Services
                                                                                          ☐ Other _____
**Gig Harbor, WA 98335**
City　　　　　　　　State　　ZIP Code

3.7.  **Simmons Bank**                                           **$21,332.50**           ☑ Secured debt
Creditor's name                                                                           ☐ Unsecured loan repayments
**17901 Chenal Parkway 4th Floor**                                                        ☐ Suppliers or vendors
Street                                                                                    ☐ Services
**c/o Mark Chapman**                                                                      ☐ Other _____
**Little Rock, AR 72223**
City　　　　　　　　State　　ZIP Code

3.8.  **Meged Funding Group**                                   **$86,192.50**            ☑ Secured debt
Creditor's name                                                                           ☐ Unsecured loan repayments
**108 W 39th Street Suite 1006 #2171**                                                    ☐ Suppliers or vendors
Street                                                                                    ☐ Services
                                                                                          ☐ Other _____
**New York, NY 10018**
City　　　　　　　　State　　ZIP Code

3.9.  **Sumitomo Mitsui Finance & Leasing Co.**                 **$9,152.92**             ☑ Secured debt
Creditor's name                                                                           ☐ Unsecured loan repayments
**666 Third Avenue 8th Floor**                                                            ☐ Suppliers or vendors
Street                                                                                    ☐ Services
                                                                                          ☐ Other _____
**New York, NY 10017**
City　　　　　　　　State　　ZIP Code

3.10. **Cobalt Funding Solutions**                             **$131,485.77**            ☑ Secured debt
Creditor's name                                                                           ☐ Unsecured loan repayments
**99 Wall Street Suite 3618**                                                             ☐ Suppliers or vendors
Street                                                                                    ☐ Services
                                                                                          ☐ Other _____
**New York, NY 10005**
City　　　　　　　　State　　ZIP Code

3.11. **BMO Harris Bank N.A.**                                  **$10,055.78**            ☑ Secured debt
Creditor's name                                                                           ☐ Unsecured loan repayments
**PO Box 3040**                                                                           ☐ Suppliers or vendors
Street                                                                                    ☐ Services
**c/o Carrie M Powers**                                                                   ☐ Other _____
**Cedar Rapids, IA 52406**
City　　　　　　　　State　　ZIP Code

| | | | |
|---|---|---|---|
| 3.12. | **American Express** | **$25,964.36** | ☑ Secured debt |
| | Creditor's name | | ☐ Unsecured loan repayments |
| | **PO Box 6031** | | ☐ Suppliers or vendors |
| | Street | | ☐ Services |
| | | | ☐ Other _____ |
| | **Carol Stream, IL 60197-6031** | | |
| | City            State    ZIP Code | | |

| | | | |
|---|---|---|---|
| 3.13. | **Crossroads Equipment Lease & Finance, LLC.** | **$9,296.76** | ☑ Secured debt |
| | Creditor's name | | ☐ Unsecured loan repayments |
| | **9385 Haven Avenue** | | ☐ Suppliers or vendors |
| | Street | | ☐ Services |
| | | | ☐ Other _____ |
| | **Rancho Cucamonga, CA 91730** | | |
| | City            State    ZIP Code | | |

## 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Erick Martinez** | **5/30/2025** | **$6,580.00** | **Reimbursement for truck maintenance** |
| Creditor's name | | | |
| **4608 Kiwi Ave** | | | |
| Street | | | |
| **Mcallen, TX 78504** | | | |
| City            State    ZIP Code | | | |
| Relationship to debtor | | | |

| | | | |
|---|---|---|---|
| 4.2. **Benjamin Cavazos** | **05/05/2025** | **$10,000.00** | **Reimbursement for gas and diesel** |
| Creditor's name | | | |
| **4712 Toronto Ave** | | | |
| Street | | | |
| **Mcallen, TX 78503** | | | |
| City            State    ZIP Code | | | |
| Relationship to debtor | | | |

| 4.3. | **Benjamin Cavazos** | **10/02/2024** | **$12,200.00** | **Reimbursement for gas and diesel** |
|---|---|---|---|---|
| | Creditor's name | | | |
| | **4712 Toronto Ave** | | | |
| | Street | | | |
| | | | | |
| | **Mcallen, TX 78503** | | | |
| | City    State    ZIP Code | | | |
| | Relationship to debtor | | | |

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | **2023 Wabash Dry Van (5 units)** | **9/4/2025** | **$150,000.00** |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City    State    ZIP Code | | | |
| 5.2. | | **2023 Wabash Dry Van (3 Units)** | **9/8/2025** | **$90,000.00** |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City    State    ZIP Code | | | |
| 5.3. | | **2023 Wabash Dry Van (1 Unit)** | **9/15/2025** | **$30,000.00** |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City    State    ZIP Code | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Debtor  **GEC Transport Solutions LLC**                    Case number *(if known)*    **25-70297**
　　　　　Name

6.1.  _____     _____   _____
Creditor's name

_____          XXXX– __ __ __ __
Street

_____

City                State    ZIP Code

---

| **Part 3:** | Legal Actions or Assignments |

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Crossroads Equipment Lease & Finance, LLC v GEC Transport Solutions LLC, Benjamin Cavazos, and Mirtha Idalia Cavazos** | | **Tarrant County District Court**  <br>Name  <br><br>Street  <br><br>City　　　State　ZIP Code | ☑ Pending  <br>☐ On appeal  <br>☐ Concluded |
| | **Case number**  <br>**342-367862-25** | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Lesley Mitchell vs. Jose Zamora; GEC Transport Solutions LLC** | | **Dallas County Court at Law No. 5**  <br>Name  <br>**600 Commerce 5th Floor West Tower**  <br>Street  <br>**Dallas, TX 75202-4606**  <br>City　　　State　ZIP Code | ☑ Pending  <br>☐ On appeal  <br>☐ Concluded |
| | **Case number**  <br>**CC-25-00322-E** | | | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Maria Castaneda Barrera, Individually and as Representative of The Estate of Ricky Barrera v. GEC Transport Solutions, LLC** | | **Hidalgo County 275th Judicial District**  <br>Name  <br>**100 N. Closner 2nd Floor**  <br>Street  <br>**Edinburg, TX 78539**  <br>City　　　State　ZIP Code | ☑ Pending  <br>☐ On appeal  <br>☐ Concluded |
| | **Case number**  <br>**C-3992-22-E** | | | |

Debtor  **GEC Transport Solutions LLC**                              Case number (if known)  **25-70297**
         Name

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Regions Bank Successor by Merger to Ascentium Capital LLC vs. GEC Transport Solutions, LLC, Benjamin Cavazos, Mirtha Cavazos** | | **389th District Court of Hidalgo County** Name <br> **100 N. Closner 2nd Floor** Street <br><br> **Edinburg, TX 78539** City                State        ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number | | | |
| | **C-4447-24-I** | | | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Perfecto Rodriguez Franco v. GEC Transport Solutions LLC** | | **Hidalgo County Justice of the Peace Precinct 2 Place 2** Name <br> **122 E Park Ave** Street <br><br> **Pharr, TX 78577** City                State        ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number | | | |
| | **SC 24-0617-J22** | | | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name <br><br> Street <br><br> City            State      ZIP Code | Case title <br><br> Case number <br><br> Date of order or assignment | Court name and address <br> Name <br><br> Street <br><br> City              State      ZIP Code |

**Part 4:**  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City                    State      ZIP Code

**Recipient's relationship to debtor**

---

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1.

---

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Tran Singh LLP** | **Attorney's Fees - Cash** | **09/23/2025** | **$30,000.00** |

**Address**

**2502 La Branch St.**
Street

**Houston, TX 77004**
City                    State      ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**Reynaldo Vargas**

---

Debtor    **GEC Transport Solutions LLC**                                      Case number *(if known)*    **25-70297**
          Name

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Tran Singh LLP** | **Attorney's Fees - Cash** | **09/23/2025** | **$7,000.00** |

| Address |
|---|
| **2502 La Branch St.** |
| Street |

**Houston, TX 77004**
City                    State    ZIP Code

| Email or website address |
|---|

| Who made the payment, if not debtor? |
|---|
| **Benjamin Cavazos Sr.** |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| Trustee |
|---|
| | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor   **GEC Transport Solutions LLC**                                        Case number *(if known)*   **25-70297**
_____
Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City                          State      ZIP Code

**Relationship to debtor**

_____

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1.  _____        From _____ To _____
Street

_____

_____
City                          State      ZIP Code

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

15.1.  _____
Facility name

_____
Street

| | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. | How are records kept? |
|---|---|---|

_____
City                          State      ZIP Code

*Check all that apply:*

☐ Electronically

☐ Paper

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City    State    ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City    State    ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City    State    ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
|  | City         State    ZIP Code |  |  |

**23.** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ |  |
| _____ | _____ | _____ |  |
| City         State    ZIP Code | City         State    ZIP Code | _____ |  |

**24.** Has the debtor notified any governmental unit of any release of hazardous material?

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ |  |
| _____ | _____ | _____ |  |
| City         State    ZIP Code | City         State    ZIP Code | _____ |  |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.** Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor     **GEC Transport Solutions LLC**
Name

Case number *(if known)*     **25-70297**

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

25.1.

_____
Name

_____
Street

_____

_____
City          State    ZIP Code

_____

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____    To _____

## 26. Books, records, and financial statements

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Anka Consulting Firm LLC** | From **2024**    To **2025** |

**Anka Consulting Firm LLC**
Name

**3900 N 10th Suite 950B**
Street

_____

**Mcallen, TX 78501**
City          State    ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____    To _____ |

_____
Name

_____
Street

_____

_____
City          State    ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |

_____
Name

_____
Street

_____

_____
City          State    ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |

26d.1. **Encore Bank**

Name

Street

City                          State                    ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

| Name and address of the person who has possession of inventory records |
| --- |

27.1.

Name

Street

City                          State                    ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Benjamin Cavazos** | **4712 Toronto Ave Mcallen, TX 78503** | **Owner, Fiduciary** | **50.00%** |
| **Mirtha Cavazos** | **4712 Toronto Ave Mcallen, TX 78503** | **Owner, Fiduciary** | **50.00%** |
| **Erick Martinez** | **4608 Kiwi Ave Mcallen, TX 78504** | **Manager,** | **0.00%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| | | | From _____ |
| | | | To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Debtor    **GEC Transport Solutions LLC**                              Case number *(if known)*    **25-70297**

Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Benjamin Cavazos**<br>Name<br>**4712 Toronto Ave**<br>Street<br><br>**Mcallen, TX 78503**<br>City                State        ZIP Code | **$2,051.93** | **10/03/2025** | **Weekly salary payment** |

Relationship to debtor

**Owner**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Mirtha Cavazos**<br>Name<br>**4712 Toronto Ave**<br>Street<br><br>**Mcallen, TX 78503**<br>City                State        ZIP Code | **$2,051.92** | **10/03/2025** | **Weekly salary payment** |

Relationship to debtor

**Owner**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. **Mirtha Cavazos**<br>Name<br>**4712 Toronto Ave**<br>Street<br><br>**Mcallen, TX 78503**<br>City                State        ZIP Code | **$1,250.01** | **10/03/2025** | **Weekly distribution check** |

Relationship to debtor

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.4. **Erick Martinez**<br>Name<br>**4608 Kiwi Ave**<br>Street<br><br>**Mcallen, TX 78504**<br>City                State        ZIP Code | **$1,710.00** | **10/03/2025** | **Weekly salary payment** |

Relationship to debtor

**Manager**

Debtor   **GEC Transport Solutions LLC**                                                    Case number *(if known)*      **25-70297**
         Name

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **10/20/2025**
               MM/  DD/  YYYY

**X /s/ Benjamin Cavazos**                          Printed name          **Benjamin Cavazos**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor          **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

**Fill in this information to identify the case:**

Debtor name      **GEC Transport Solutions LLC**

United States Bankruptcy Court for the:

     **Southern District of Texas**

Case number (if known):    **25-70297**

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### ▋ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

☑   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **10/20/2025**
      MM/ DD/ YYYY

X **/s/ Benjamin Cavazos**
Signature of individual signing on behalf of debtor

**Benjamin Cavazos**
Printed name

**Owner**
Position or relationship to debtor

Official Form B202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Alan McDaniel
1065 Kessler Pkwy
Dallas, TX 75208-2429

Ally Financial
PO Box 380902
Minneapolis, MN 55438-0902

Ally Financial
PO Box 380902
Minneapolis, MN 55438-0902

Alpine Advance 5 LLC
151 New Park Ave.
Hartford, CT 06106

American Express
PO Box 6031
Carol Stream, IL 60197-6031

Benjamin Cavazos
4712 Toronto Ave
Mcallen, TX 78503

BMO Harris Bank N.A.
c/o Carrie M Powers
PO Box 3040
Cedar Rapids, IA 52406

CA Estates, LLC

Benjamin Cavazos
4712 Toronto Ave
Mcallen, TX 78503

Cobalt Funding Solutions
99 Wall Street Suite 3618
New York, NY 10005

Commercial Credit Group, Inc.
2135 City Gate Lane Suite 440
Naperville, IL 60563

Credit Collection Services
c/o North Texas Tollway Authority
725 Canton Street
Norwood, MA 02062

Crossroads Equipment Lease &
Finance, LLC.
9385 Haven Avenue
Rancho Cucamonga, CA 91730

Delaware Department of
Transportation
Delaware E-Z Pass Payment Center
PO Box 697
Dover, DE 19903-0697

Department of Treasury
Internal Revenue Service
Ogden, UT 84201-0039

Encore Bank
12224 Chenal Parkway
Little Rock, AR 72211

Escobedo & Cardenas, LLP
1602 Dulcinea
Edinburg, TX 78539

Express Toll Denver
E-470 Public Highway Authority
PO Box 5470
Denver, CO 80217-5470

E-Z Pass MA State
PO Box 847840
Boston, MA 02284-7840

F.H. Cann & Associates, Inc.
c/o North Texas Tollway Authority
PO Box 7
North Andover, MA 01845

Financial Pacific Leasing Inc. a
subsidiary of Umpqua Bank
3455 So. 344th Way Suite 300
Federal Way, WA 98001

First Citizens Bank
10201 Centurion Parkway N. #100
Jacksonville, FL 32256

Fort Bend County Toll Road
Authority
PO Box 622002
Dallas, TX 75262-2002

Forward Financing, LLC
53 State Street
Boston, MA 02109

Griffith Law Group, LLP
4228 N. McColl Road
Mcallen, TX 78504

Harris County
PO Box 4440
Houston, TX 77210-4440

Harris County
PO Box 4440
Houston, TX 77210-4440

Illinois Tolls
PO Box 1212
Horseheads, NY 14845-1200

JD Factors, LLC
500 Silver Spur Rd Suite 306
Rancho Palos Verdes, CA 90275

Jeffery Riemersma
319 N Iowa Ave
Weslaco, TX 78596

Joseph D Frizzell
100 Throckmorton Suite 700
Fort Worth, TX 76102

Juan Jose Alvarez Chavez
4405 Chewy Ave
Edinburg, TX 78542

Kansas Turnpike Authority
PO Box 803311
Kansas City, MO 64180-3311

Leandro Nino
1213 Colorado Street
Alamo, TX 78516

Lexington Insurance Company
5429 LBJ Freeway Suite 300
Dallas, TX 75240

Linebarger Goggan Blair &
Sampson LLP
Houston, TX
4828 Loop Central Dr Ste 600
Houston, TX 77081-1246

Maryland Transportation
Authority
PO Box 12853
Philadelphia, PA 19176-0853

McLeod Software
Department 3500
PO Box 830539
Birmingham, AL 35283

Meged Funding Group
108 W 39th Street Suite 1006 #2171
New York, NY 10018

Midland Estates Bank
5403 Olympic Dr NW Suite 200
Gig Harbor, WA 98335

Mirtha Cavazos
4712 Toronto Ave
Mcallen, TX 78503

NCC
PO Box 9156
Alexandria, VA 22304-0156

NJCEZPASS DELAWARE RIVER
PO Box 4971
Trenton, NJ 08650

NTTA North Texas
North Texas Tollway Authority
PO Box 660244
Dallas, TX 75266-0244

NY State Bridge & Tunnels
PO Box 15187
Albany, NY 12212-5187

Ohio Turnpike and Infrastructure
Commission
PO Box 94672
Cleveland, OH 44101-4672

Oklahoma Turnpike
OTA-Platepay
PO Box 248935
Oklahoma City, OK 73124-8935

Pennsylvania Turnpike Authority
111 West Jackson Blvd Suite 650
Chicago, IL 60604-3589

Professional Account
Management LLC
PO Box 500
Horseheads, NY 14845-0500

Regions Bank dba Ascentium
Capital
c/o Jones Walker LLP
811 Main Suite 2900
Houston, TX 77002

Regions Bank dba Ascentium
Capital
c/o Jones Walker LLP
811 Main Suite 2900
Houston, TX 77002

Regions Bank dba Ascentium
Capital
811 Main Suite 2900
Houston, TX 77002

River Link Ohio
PO Box 646000
Cincinnati, OH 45264-6000

RMA Cameron County Texas
PO Box 4440
Houston, TX 77210-4440

Samsara Capital Finance
2330 I-30
Mesquite, TX 75150

Simmons Bank
c/o Mark Chapman
17901 Chenal Parkway 4th Floor
Little Rock, AR 72223

Southern Connector South
Carolina
Connector 2000 Association
PO Box 408
Piedmont, SC 29673

Sumitomo Mitsui Finance &
Leasing Co.
666 Third Avenue 8th Floor
New York, NY 10017

TBK, SSB, a Texas State Savings
Bank
12700 Park Central Drive Suite 1700
Dallas, TX 75251

The Huntington National Bank
41 South High Street
Columbus, OH 43215

Transportation Specialty
Underwriters
AssuredPartners of NJ, LLC.
1130 Highway 315
Wilkes Barre, PA 18702

Transportation Specialty
Underwriters
10050 Innovation Dr. Suite 340
Miamisburg, OH 45342

Transure Services, A Relation
Company
AssuredPartners of NJ, LLC.
1130 Highway 315
Wilkes Barre, PA 18702

Transure Services, A Relation
Company
521 Boone Station Drive Suite 106
Burlington, NC 27215

U.S. Small Business
Administration
1545 Hawkins Blvd
El Paso, TX 79925

Wabash National Financial
Services
655 Business Center Drive Suite 250
Horsham, PA 19044

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE: **GEC Transport Solutions LLC**                                    CASE NO 25-70297

                                                                          CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date      **10/20/2025**          Signature                          **/s/ Benjamin Cavazos**
                                                                 Benjamin Cavazos, Owner