**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GEC Transport Solutions LLC | ) | Case No. 25-70297 |
| | ) | |
| Debtor. | ) | Eduardo V. Rodriguez |
| | ) | |
| | ) | |

**DEBTOR'S MOTION TO CONDITIONALLY APPROVE DEBTOR'S DISCLOSURE
STATEMENT AND SET COMBINED HEARING ON FINAL APPROVAL OF THE
DISCLOSURE STATEMENT AND CONFIRMATION OF THE
<u>DEBTOR'S CHAPTER 11 PLAN</u>**
(Relates to Doc. No.101)

> **THIS MOTION SEEKS ENTRY OF AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVANT AND RESOLVE THE DISPUTE.**
>
> **YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**
>
> **REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**To the Honorable Eduardo V. Rodriguez:**

GEC Transport Solutions, LLC, the Debtor and Debtor-in-Possession (the "<u>Debtor</u>"), hereby requests that this Court conditionally approve its Disclosure Statement and set a combined hearing for final approval of the Disclosure Statement and hearing on confirmation of the Debtor's Plan and would respectfully represent as follows:

**<u>SECTION I</u>**

1

**JURISDICTION & VENUE**

1.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. Section 157 and Section 1334.  This Motion is a core proceeding pursuant to 28 U.S.C. Section 157(b).  Venue is proper pursuant to 28 U.S.C. Section 1408 and 1409.

**<u>SECTION II</u>**
**STATEMENT OF THE CASE**

2.      The Debtor filed a voluntary petition for relief on October 6, 2025, (the "<u>Petition Date</u>") under Chapter 11 of Title 11, United States Code 11 U.S.C. § 101 *et seq.* (the "<u>Bankruptcy Code</u>").  The Debtor's case is pending before the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

3.      Pursuant to Bankruptcy Code 1107(a) and 1108, the Debtor is operating and managing its property as Debtor-in-Possession.  No trustees or examiners have been appointed in this case.

4.      The Debtor is a logistics and transportation company headquartered in Pharr, Texas, who operates a fleet of 131 trucks and trailer. The Debtor filed to reorganize certain high interest loans incurred by the Debtor.

5.      The Debtor's creditor's meeting was concluded on November 13, 2025, and the Debtor's Chapter 11 Status Conference was held on November 14, 2025.  The Debtor's Combined Disclosure Statement and Chapter 11 Plan was filed on March 6, 2026 [Docket No. 101].

6.      The  Debtor seeks conditional approval of its disclosure statement in order to begin solicitation of votes and negotiations with its creditors. Debtor requests that this Court set a combined hearing for final approval of the Disclosure Statement to spare the Debtor from further additional administrative expense associated with having a separate disclosure statement hearing and confirmation hearing.

## SECTION III
## RELIEF REQUESTED & BASIS FOR RELIEF

7.      Debtor seeks an entry of an order i) conditionally approving the Disclosure Statement filed at Docket No. 101, ii) setting a combined hearing on final approval of the Disclosure Statement and confirmation of the Chapter 11 Plan, and iii) setting deadlines for objections to final approval of the disclosure statement, objections to confirmation of the Plan, and voting deadlines.

Wherefore, the Debtor respectfully requests that the Court conditionally approve the Disclosure Statement and set a hearing for final approval of the Disclosure Statement and confirmation of the Chapter 11 Plan, and for such other relief to which it may be entitled.

Dated: March 6, 2026

**TRAN SINGH LLP**

By:   */s/Susan Tran Adams*
      Susan Tran | TBN: 24075648
      Brendon Singh | TBN: 24075646
      Marissa Ellison | TBN: 24147778
      2502 La Branch Street
      Houston Texas 77004
      Ph: (832) 975-7300
      Fax: (832) 975-7301
      STran@ts-llp.com

***Counsel for the Debtor and Debtor in Possession***

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2026, the following parties below and attached largest 20 unsecured creditors were served a true and correct copy of the foregoing Motion via First Class Mail, facsimile, or electronic notice and parties requesting notice were served via CM/ECF.

*/s/Susan Tran Adams*
Susan Tran Adams

## VERIFICATION OF TRANSMITTAL TO U.S. TRUSTEE

The undersigned, an attorney, under penalties of perjury, verifies that a copy of the Motion was delivered to the United States Trustee on March 6, 2026, by electronic delivery by the clerk of the Bankruptcy Court.

*/s/Susan Tran Adams*
Susan Tran Adams

4