**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GEC Transport Solutions LLC[1] | ) | Case No. 25-70297 |
| | ) | |
| Debtor. | ) | Eduardo V. Rodriguez |
| | ) | |
| | ) | |

**BALLOT SUMMARY**

In support of confirmation of the Chapter 11 Plan filed by GEC Transport Solutions LLC, the Debtor, submits the following Ballot Summary:

| Class 1 Claimant | Amount | Vote | Impaired (Y/N) |
|---|---|---|---|
| Hildago County | $51,764.59 | Accepted | Y |

**Total Claims Class 1 Voting: $51,764.59—Class 1 Accepting Plan**

| Class 2 Claimant | Amount | Vote | Impaired (Y/N) |
|---|---|---|---|
| Utility Trailor (successor to BMO Harris Bank, N.A.) | $23,233.65 | Accepted | Y |
| BMO Harris Bank, N.A. | $36,990.00 | Accepted | Y |
| Commercial Credit Group | $78,983.80 | Accepted | Y |

**Total Claims Class 2 voting: $139,207.45 – Class 2 Accepting Plan**

[1] The last four digits of each Debtor's federal tax identification number are 2318 and the Debtor's principal place of business and service address is 5201 N. Veterans Blvd., Pharr, Texas, 78577.

| Class 3 Claimant | Amount | Vote | Impaired (Y/N) |
|---|---|---|---|
| TBK, SSB, a Texas State Savings Bank | $142,684.05 | Accepted | Y |
| First Citizens Bank | $30,246.00 | Accepted | Y |

**Total Claims Class 3 voting: $ 172,930.05—Class 3 Accepting Plan**

| Class 4 Claimant | Amount | Vote | Impaired (Y/N) |
|---|---|---|---|
| JD Factors, LLC | $2,587,019.11 | N/A – Deemed Accepted | N |

**Class 4 Deemed Accepted**

| Class 5 Claimant | Amount | Vote | Impaired (Y/N) |
|---|---|---|---|
| Meged Funding Group | $143,122.50 | Accepted | Y |

**Total Claims Class 5 voting: $ 143,122.50—Class 5 Accepting Plan**

| Class 8 Claimant | Amount | Vote | Impaired (Y/N) |
|---|---|---|---|
| American Express | $1,495.91 | Accepted | Y |
| Regions Bank dba Ascentium | $841,869.95 | Accepted | Y |
| Sumitomo Mitsui Finance and Leasing Co., Ltd. | $140,363.62 | Accepted | Y |

**Total Claims Class 8 voting: $983,729.48—Class 8 Accepting Plan**

Dated: August 14, 2026

Respectfully submitted,

**TRAN SINGH LLP**

By: */s/Susan Tran Adams*

Susan Tran Adams | TBN: 24075648
Brendon Singh | TBN: 24075646
2502 La Branch St
Houston, Texas 77004
Ph: (832) 975-7300
Fax: (832) 975-7301
STran@ts-llp.com

*Counsel for Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served unto all parties receiving notice through CM/ECF via CM/ECF on August 14, 2026.

*/s/Susan Tran Adams*
Susan Tran Adams

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| GEC Transport Solutions LLC | § | |
| | § | Case No. 25-70297 |
| Debtor. | § | **Eduardo V. Rodriguez** |

**CLASS 1 BALLOT FOR ACCEPTING OR REJECTING**
**SUBCHAPTER V PLAN OF REORGANIZATION**

GEC Transport Solutions LLC, Debtor and Debtor-in-Possession, filed its Third Amended Chapter 11 Plan dated July 9, 2026 (the "Plan") for the Debtor in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 1 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Tran Singh LLP, 2502 La Branch Street, Houston, Texas, 77004, on or before the ballot deadline indicated on the Order Setting Deadlines, and if such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, Hidalgo County, the holder of a Class 1 claim against the Debtor, GEC Transport Solutions LLC, in the unpaid amount of $51,764.59.

(Check one box only)

[X] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: 7-30-26

Print or type name: DIANE SANDERS

Signature: Diane Sanders

Title (if corporation or partnership: Attorney for Hidalgo County

Address: ____________________

____________________

RETURN THIS BALLOT TO:

**Tran Singh LLP**
**2502 La Branch Street**
**Houston, Texas 77004**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| GEC Transport Solutions LLC | § | |
| | § | Case No. 25-70297 |
| Debtor. | § | **Eduardo V. Rodriguez** |

**CLASS 2 BALLOT FOR ACCEPTING OR REJECTING**
**SUBCHAPTER V PLAN OF REORGANIZATION**

GEC Transport Solutions LLC, Debtor and Debtor-in-Possession, filed its Third Amended Chapter 11 Plan dated July 9, 2026 (the "Plan") for the Debtor in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 2 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Tran Singh LLP, 2502 La Branch Street, Houston, Texas, 77004, on or before the ballot deadline indicated on the Order Setting Deadlines, and if such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, Commercial Credit Group, the holder of a Class 2 claim against the Debtor, GEC Transport Solutions LLC, in the unpaid amount of $78,983.80.

(Check one box only)

[ x ] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: __8/12/2026______________

Print or type name: __Commercial Credit Group Inc.____

Signature: ______________________________

Title (if corporation or partnership: Attorney for Commercial Credit Group Inc.

Address: 3511 Broadway St._______________

San Antonio, TX 78209___________

RETURN THIS BALLOT TO:

**Tran Singh LLP**
**2502 La Branch Street**
**Houston, Texas 77004**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, BMO Harris Bank N.A., the holder of a Class 2 claim against the Debtor, GEC Transport Solutions LLC, in the unpaid amount of $63,990.00.

(Check one box only)

[✓] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: July 30, 2026

Print or type name: Debb White

Signature: Debb White

Title (if corporation or partnership: Litigation Spec.

Address: Box 3040

C. Rapids Iowa 52406

RETURN THIS BALLOT TO:

**Tran Singh LLP**
**2502 La Branch Street**
**Houston, Texas 77004**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| GEC Transport Solutions LLC | § | |
| | § | Case No. 25-70297 |
| Debtor. | § | **Eduardo V. Rodriguez** |

**CLASS 2 BALLOT FOR ACCEPTING OR REJECTING**
**SUBCHAPTER V PLAN OF REORGANIZATION**

GEC Transport Solutions LLC, Debtor and Debtor-in-Possession, filed its Third Amended Chapter 11 Plan dated July 9, 2026 (the "Plan") for the Debtor in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 2 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Tran Singh LLP, 2502 La Branch Street, Houston, Texas, 77004, on or before the ballot deadline indicated on the Order Setting Deadlines, and if such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| GEC Transport Solutions LLC | § | |
| | § | Case No. 25-70297 |
| Debtor. | § | **Eduardo V. Rodriguez** |

**CLASS 2 BALLOT FOR ACCEPTING OR REJECTING
SUBCHAPTER V PLAN OF REORGANIZATION**

GEC Transport Solutions LLC, Debtor and Debtor-in-Possession, filed its Third Amended Chapter 11 Plan dated July 9, 2026 (the "Plan") for the Debtor in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 2 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Tran Singh LLP, 2502 La Branch Street, Houston, Texas, 77004, on or before the ballot deadline indicated on the Order Setting Deadlines, and if such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, Utility Trailer (successor to BMO Harris Bank N.A.), the holder of a Class 2 claim against the Debtor, GEC Transport Solutions LLC, in the unpaid amount of $23,233.65.

(Check one box only)

[X] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: 7/20/26

Print or type name: Lynda Kohler

Signature: Lynda Kohler, CFO

Title (if corporation or partnership: Chief Financial Officer

Address: Utility Trailer Sales Southeast Texas Inc
PO Box 24399 Houston, TX 77229

RETURN THIS BALLOT TO:

**Tran Singh LLP**
**2502 La Branch Street**
**Houston, Texas 77004**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| GEC Transport Solutions LLC | § | |
| | § | Case No. 25-70297 |
| Debtor. | § | **Eduardo V. Rodriguez** |

**CLASS 3 BALLOT FOR ACCEPTING OR REJECTING**
**SUBCHAPTER V PLAN OF REORGANIZATION**

GEC Transport Solutions LLC, Debtor and Debtor-in-Possession, filed its Third Amended Chapter 11 Plan dated July 9, 2026 (the "Plan") for the Debtor in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Tran Singh LLP, 2502 La Branch Street, Houston, Texas, 77004, on or before the ballot deadline indicated on the Order Setting Deadlines, and if such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, First Citizens Bank, the holder of a Class 3 claim against the Debtor, GEC Transport Solutions LLC, in the unpaid amount of $30,246.00.

(Check one box only)

[X] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: 7/30/26

Print or type name: Scott D. Fink

Signature: [signature]

Title (if corporation or partnership: Counsel for First Citizens Bank

Address: Weltman, Weinberg & Reis Co., LPA
5990 West Creek Rd. #200
Independence, OH 44131

RETURN THIS BALLOT TO:

**Tran Singh LLP**
**2502 La Branch Street**
**Houston, Texas 77004**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, TBK, SSB, a Texas State Savings Bank , the holder of a Class 3 claim against the Debtor, GEC Transport Solutions LLC, in the unpaid amount of $142,684.05.

(Check one box only)

[**X**] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: August 11, 2026

Print or type name: Tulani M. Ruffin

Signature: [signature]

Title (if corporation or partnership): Vice President

Address: 12700 Park Central Drive, Suite 1700

Dallas, TX 75251

RETURN THIS BALLOT TO:

**Tran Singh LLP**
**2502 La Branch Street**
**Houston, Texas 77004**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| GEC Transport Solutions LLC | § | |
| | § | Case No. 25-70297 |
| Debtor. | § | **Eduardo V. Rodriguez** |

**CLASS 5 BALLOT FOR ACCEPTING OR REJECTING**
**SUBCHAPTER V PLAN OF REORGANIZATION**

GEC Transport Solutions LLC, Debtor and Debtor-in-Possession, filed its Third Amended Chapter 11 Plan dated July 9, 2026 (the "Plan") for the Debtor in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 5 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Tran Singh LLP, 2502 La Branch Street, Houston, Texas, 77004, on or before the ballot deadline indicated on the Order Setting Deadlines, and if such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, Meged Funding Group, the holder of a Class 5 claim against the Debtor, GEC Transport Solutions LLC, in the unpaid amount of $143,122.50.

(Check one box only)

[ x ] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: __7/30/2026______________________

Print or type name: _Broocks Wilson________________

Signature: */s/ Broocks Wilson* ______________________

Title (if corporation or partnership): Counsel__________

Address: 708 Main Street, 10th Floor____________

Houston, Texas 77002___ _____________

RETURN THIS BALLOT TO:

**Tran Singh LLP**
**2502 La Branch Street**
**Houston, Texas 77004**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| GEC Transport Solutions LLC | § | |
| | § | Case No. 25-70297 |
| Debtor. | § | **Eduardo V. Rodriguez** |

**CLASS 8 BALLOT FOR ACCEPTING OR REJECTING**
**SUBCHAPTER V PLAN OF REORGANIZATION**

GEC Transport Solutions LLC, Debtor and Debtor-in-Possession, filed its Third Amended Chapter 11 Plan dated July 9, 2026 (the "Plan") for the Debtor in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 7 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Tran Singh LLP, 2502 La Branch Street, Houston, Texas, 77004, on or before the ballot deadline indicated on the Order Setting Deadlines, and if such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, American Express, the holder of a Class 8 claim against the Debtor, GEC Transport Solutions LLC, in the unpaid amount of $1,495.91. Account Ending: 1001

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: August 6, 2026

Print or type name: American Express National Bank

Signature: ______________________

Kenneth W. Kleppinger

Title (if corporation or partnership: Attorney/Agent for creditor

Address: c/o Becket & Lee LLP, PO Box 3001

Malvern, PA 19355

RETURN THIS BALLOT TO:

**Tran Singh LLP**
**2502 La Branch Street**
**Houston, Texas 77004**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| GEC Transport Solutions LLC | § | |
| | § | Case No. 25-70297 |
| Debtor. | § | **Eduardo V. Rodriguez** |

**CLASS 8 BALLOT FOR ACCEPTING OR REJECTING**
**SUBCHAPTER V PLAN OF REORGANIZATION**

GEC Transport Solutions LLC, Debtor and Debtor-in-Possession, filed its Third Amended Chapter 11 Plan dated July 9, 2026 (the "Plan") for the Debtor in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 7 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Tran Singh LLP, 2502 La Branch Street, Houston, Texas, 77004, on or before the ballot deadline indicated on the Order Setting Deadlines, and if such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, Regions Bank dba Ascentium, the holder of a Class 8 claim against the Debtor, GEC Transport Solutions LLC, in the unpaid amount of $841,869.95.

(Check one box only)

[X] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: August 11, 2026

Print or type name: Jerry L. Noon

Signature: [signature]

Title (if corporation or partnership: Vice President

Address: 23970 Highway 59 N.

Kingwood, Texas 77339

RETURN THIS BALLOT TO:

**Tran Singh LLP**
**2502 La Branch Street**
**Houston, Texas 77004**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| GEC Transport Solutions LLC | § | |
| | § | Case No. 25-70297 |
| Debtor. | § | **Eduardo V. Rodriguez** |

**CLASS 8 BALLOT FOR ACCEPTING OR REJECTING**
**SUBCHAPTER V PLAN OF REORGANIZATION**

GEC Transport Solutions LLC, Debtor and Debtor-in-Possession, filed its Third Amended Chapter 11 Plan dated July 9, 2026 (the "Plan") for the Debtor in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 8 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Tran Singh LLP, 2502 La Branch Street, Houston, Texas, 77004, on or before the ballot deadline indicated on the Order Setting Deadlines, and if such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, Sumitomo Mitsui Finance and Leasing Co. Ltd., the holder of a Class 8 claim against the Debtor, GEC Transport Solutions LLC, in the unpaid amount of $140,363.62.

(Check one box only)

[X] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: 8/10/26

Print or type name: Matthew Kye

Signature: Matthew Kye

Title (if corporation or partnership): Attorney for Sumitomo Mitsui Finance & Leasing Co. Ltd.

Address: 201 Old Country Rd
ste 120
Melville NY 11747

RETURN THIS BALLOT TO:

**Tran Singh LLP**
**2502 La Branch Street**
**Houston, Texas 77004**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| GEC Transport Solutions LLC | § | |
| | § | Case No. 25-70297 |
| Debtor. | § | **Eduardo V. Rodriguez** |

**CLASS 8 BALLOT FOR ACCEPTING OR REJECTING
SUBCHAPTER V PLAN OF REORGANIZATION**

GEC Transport Solutions LLC, Debtor and Debtor-in-Possession, filed its Third Amended Chapter 11 Plan dated July 9, 2026 (the "Plan") for the Debtor in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 8 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Tran Singh LLP, 2502 La Branch Street, Houston, Texas, 77004, on or before the ballot deadline indicated on the Order Setting Deadlines, and if such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, Sumitomo Mitsui Finance and Leasing Co. Ltd., the holder of a Class 8 claim against the Debtor, GEC Transport Solutions LLC, in the unpaid amount of $58,941.29.

(Check one box only)

[X] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: 8/10/26

Print or type name: Matthew Kye

Signature: [signature]

Title (if corporation or partnership): Attorney for Sumitomo Mitsui Finance and Leasing Co Ltd

Address: 201 Old Country Rd
Ste 120
Melville NY 11747

RETURN THIS BALLOT TO:

**Tran Singh LLP**
**2502 La Branch Street**
**Houston, Texas 77004**