**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GEC Transport Solutions LLC[1] | ) | Case No. 25-70297 |
| | ) | |
| Debtor. | ) | Eduardo V. Rodriguez |
| | ) | |
| | ) | |

**NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION AND RELATED DEADLINES**

Please take notice that the Third Amended Disclosure Statement and Chapter 11 Plan filed by Debtor GEC Transport Solutions LLC [Docket No. 132] (the "Plan"), which was confirmed by this Court in the Order [Docket No. 165] entered in the above-captioned bankruptcy case on August 31, 2026 (the "Confirmation Order") has become effective, and the Effective Date of the Plan was **Tuesday September 15, 2026**.

**DEADLINE FOR FILING ADMINISTRATIVE CLAIMS AND PROFESSIONAL FEE CLAIMS**

Pursuant to the Plan and Confirmation Order, request for payment of Administrative Expense Claims[2] under section 503(b) of the Bankruptcy Code must be filed no later than **October 5, 2026**, which is the 20th date following the Effective Date of the Plan (the "Administrative Claims Bar Date").

Holders of Administrative Claims that are subject to the Administrative Claim Bar Date that do not file such requests by this bar date will be forever barred from asserting such Claims against the Debtor and from sharing any distributions under the Plan.

[1] The last four digits of each Debtor's federal tax identification number are 2318 and the Debtor's principal place of business and service address is 5201 N. Veterans Blvd., Pharr, Texas, 78577.
[2] Aside Professional Fee Claims which are excluded as provided in Section 3.1.2 of the Plan

**COPIES OF THE PLAN AND CONFIRMATION ORDER**

Parties may request a copy of the Plan and/or the Confirmation Order by contacting counsel for the Debtor in writing at the notice address set forth below. Please note that such request may be fulfilled by providing electronic copies of such documents by electronic mail or otherwise.

**Counsel for GEC Transport Solutions LLC**

Tran Singh LLP
Attn: Susan Tran Adams
2502 La Branch Street
Houston, Texas 77004
Tel: (832) 975-7300-7301
Fax: (832) 975-7301
Email: Stran@ts-llp.com

**CONDITIONS PRECEDENT**

All conditions precent to the Effective Date have either all occurred or have been waived as of the Effective Date.

Respectfully submitted on this 17th day of September, 2026.

**TRAN SINGH LLP**

By: */s/Susan Tran Adams*
Susan Tran Adams | TBN: 24075648
Brendon Singh | TBN: 24075646
2502 La Branch Street
Houston TX 77004
Ph: (832) 975-7300
Fax: (832) 975-7301
STran@ts-llp.com

*Counsel for the Debtor and Debtor in Possession*