**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GEC Transport Solutions LLC[1] | ) | Case No. 25-70297 |
| | ) | |
| Debtor. | ) | Eduardo V. Rodriguez |
| | ) | |
| | ) | |

**MOTION TO CLOSE CHAPTER 11 BANKRUPTCY CASE AND ISSUE FINAL DECREE**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THIS MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN TWENTY-ONE (21) DAYS FROM THE DATE THAT THIS MOTION WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED; IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**To the Honorable Eduardo V. Rodriguez:**

GEC Transport Solutions LLC, Debtor and Debtor in possession (the "Reorganized Debtor") respectfully moves this Court to close the above-mentioned bankruptcy case and issue a final decree pursuant to 11 U.S.C. § 350 and Federal Rule of Bankruptcy Procedure 3022. The undersigned represents to the Court the following:

1. The Debtor's Third Amended Chapter 11 Plan was filed at Docket No. 150 and was confirmed on August 31, 2026 (Docket No. 165).

2. All motions and contested matters have been resolved.

[1] The last four digits of each Debtor's federal tax identification number are 2318 and the Debtor's principal place of business and service address is 5201 N. Veterans Blvd., Pharr, Texas, 78577.

3. The final fee application for counsel for the Debtor will be filed within the ten (10) days from the filing of this motion.

4. At this time, all post-confirmation issues have been resolved, and the Reorganized Debtor will file all outstanding monthly operating reports and post-confirmation quarterly reports until the case is closed.

5. The Reorganized Debtor requests that a hearing be set on this month prior to November 1, 2026 to reduce UST fees on postconfirmation disbursements under the confirmed plan.

**WHEREFORE**, premises considered, the Reorganized Debtor respectfully moves this Court to close this bankruptcy case and issue a final decree.

Dated: September 25, 2026

**TRAN SINGH LLP**

By: */s/Susan Tran Adams*
Susan Tran Adams| TBN: 24075648
Brendon Singh | TBN: 24075646
2502 La Branch Street
Houston, Texas 77004
Ph: (832) 975-7300
Fax: (832) 975-7301
Email: stran@ts-llp.com

*Counsel for Reorganized Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all parties in interest on the attached Service List either electronically, by U.S. mail, or via CM/ECF on this the 25th day of September, 2026.

*/s/Susan Tran Adams*
Susan Tran Adams