**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**KEVIN M. EPSTEIN**
**UNITED STATES TRUSTEE**
**GARY WRIGHT**
**ASSISTANT UNITED STATES TRUSTEE**
**JEREMY SHANE FLANNERY**
**TRIAL ATTORNEY**
**615 E. Houston St., Room 533**
**San Antonio, TX 78205**
**Telephone: (202) 527-5812**
**Email: Jeremy.S.Flannery@usdoj.gov**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 25-70297-EVR** |
| **GEC TRANSPORT SOLUTIONS LLC,** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR** | § | |

**OBJECTION OF THE UNITED STATES TRUSTEE**
**TO DEBTOR'S MOTION TO CLOSE CASE AND ISSUE FINAL DECREE**

TO THE HONORABLE EDUARDO V. RODRIGUEZ,
CHIEF UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, KEVIN M. EPSTEIN, THE UNITED STATES TRUSTEE for Region 7 ("UST"), and objects to the *Motion to Close Case and Issue Final Decree* (the "Motion") (Docket No. 169) and represents as follows:

1. On August 31, 2026, the Court entered the *Order Confirming Debtor's Plan of Reorganization* ("Confirmation Order"). *See* Docket No. 165. In the Confirmation Order, it states that "Debtor shall pay the remainder of its post-petition quarterly fees within thirty (30) days from the date of this Order and shall timely pay post-petition quarterly fees pursuant to 28 U.S.C. § 1930(a)(6) until such time as the Court closes this Chapter 11 case. After confirmation, the Debtor shall file with the Bankruptcy Court a monthly operating report until this Chapter 11 case is

closed." *See* Docket No. 165, ¶ H. Based on the Confirmation Order, the deadline to pay all pre-confirmation U.S. Trustee Quarterly fees owed was on or before September 30, 2026.

2. On September 17, 2026, the Debtor filed its *Notice of Occurrence of Effective Date of Debtor's Chapter 11 Plan of Reorganization and Related Deadlines*. *See* Docket No. 167.

3. On September 25, 2026, GEC Transport Solutions LLC (the "Reorganized Debtor") filed the Motion, which states that "At this time, all post-confirmation issues have been resolved. . . ." *See* Docket No. 169, ¶ 4.

4. Federal Rule of Bankruptcy Procedure 3022 provides that after a case is fully administered, the Court, on its own motion or on a motion of a party in interest, shall enter a final decree closing the case.

5. Under 28 U.S.C. § 1930(a)(6), a quarterly fee "shall be paid to the United States Trustee" "in each case under chapter 11 of title 11 other than under Subchapter V for each quarter until the case is converted or dismissed, whichever occurs first."

6. To date, the Reorganized Debtor has not paid quarterly U.S. Trustee fees in full for the 4th quarter of 2025, the 1st quarter of 2026, and the 2nd quarter of 2026.

7. A partial payment of $5,000.00 was made on or about October 1, 2026, a second partial payment of $10,000 was made on or about October 13, 2026, and a third partial payment of $1,500 was made on or about October 14, 2026, but presently the Debtor remains delinquent on pre-confirmation quarterly U.S. Trustee fees in the amount of $22,892.26. Additionally, post-confirmation quarterly U.S. Trustee fees for the 3rd quarter of 2026 of $20,787.00 have been invoiced as well based on the Debtor's self-reported disbursement data.

8. Before this case is closed, the U.S. Trustee respectfully requests that the Reorganized Debtor be required to pay the entire outstanding balance for delinquent U.S. Trustee quarterly fees.

9. The U.S. Trustee also respectfully requests that, within 20 days of entry of the Final Decree, the Debtor shall be required to file all additional post-confirmation reports and pay outstanding quarterly fees due for the period before the Final Decree is entered.

WHEREFORE, the U.S. Trustee requests that the Court deny GEC Transport Solutions LLC's Motion seeking to close the case and for issuance of a Final Decree until the Reorganized Debtor is current on quarterly fee obligations as required by 28 U.S.C. § 1930, and for all further relief as is equitable and just.

Dated: October 15, 2026

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGIONS 5 AND 7

By: *<u>/s/ Jeremy Shane Flannery</u>*
Jeremy Shane Flannery
Trial Attorney
NC Bar No. 27826
615 E. Houston St., Suite 533
San Antonio, TX 78205
Telephone: (202) 527-5812
Fax: (210) 472-4649
Email: Jeremy.S.Flannery@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was served by electronic means for all Pacer system participants and/or by first class mail, postage prepaid, to all parties listed on the attached Service List on October 15, 2026.

/s/ *Jeremy Shane Flannery*
Jeremy Shane Flannery
Trial Attorney